# THE BARBEQUE EXCHANGE, L.L.C.
### (a Virginia limited liability company )

## RESOLUTION OF THE MEMBERS

RESOLVED, that Craig A. Hartman, Sr., Member (the "Authorized Officer") of The Barbeque Exchange, L.L.C., a Virginia limited liability company (the "Company"), shall be, and hereby is, authorized on behalf of the Company to: (a) file a voluntary petition for relief under chapter 11 (the "Petition") of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of Virginia or such other court as the Authorized Officer shall determine to be appropriate (the "Bankruptcy Court"); and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing;

FURTHER RESOLVED, that the Authorized Officer shall be, and hereby is, authorized, directed and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition and all other ancillary documents and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as such Authorized Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Authorized Officer); (b) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including debtor in possession loan agreements) necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as any such Authorized Officer may approve;

FURTHER RESOLVED, that the Authorized Officer of the Company shall be, and hereby is, authorized, directed and empowered to retain, on behalf of the Company, Cox Law Group PLLC and such additional professionals including, without limitation, attorneys, accountants, financial advisors, investment bankers, consultants or brokers, as the Authorized Officer, in his/her sole and absolute judgment, deems to be necessary in connection with the Company's bankruptcy case and other related matters, on such terms as such Authorized Officer shall approve;

FURTHER RESOLVED, that the law firm of Cox Law Group PLLC, and any additional special or local counsel selected by the Authorized Officer, if any, shall be, and hereby are, authorized, empowered, and directed to represent the Company as debtor and debtor in possession, in connection with any bankruptcy case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that the Company, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized to borrow funds and undertake related financing transactions (collectively, the "Financing Transactions") from such lenders and on such terms as may be approved by the Authorized Officer of the Company, as reasonably necessary for the continuing conduct of the affairs of the Company, and grant security

interests in and liens upon all or substantially all of the Company's assets as may be deemed necessary by the Authorized Officer of the Company in connection with such borrowings;

FURTHER RESOLVED, (a) that the Authorized Officer of the Company shall be, and hereby is, authorized, directed and empowered in the name of and on behalf of the Company, as debtor and debtor in possession, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Authorized Officer may deem necessary or appropriate to facilitate the Financing Transactions (collectively, "Financing Documents"); (b) that Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Officer are approved; and (c) that the actions of the Authorized Officer taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by such officers and by the Company;

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Authorized Officer of the Company, the Authorized Officer shall be, and hereby is, authorized, directed and empowered, in the name of and on behalf of the Company to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein;

FURTHER RESOLVED, that, the Authorized Officer's authority described herein shall not be revocable without the approval of the Bankruptcy Court; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved.

And no further action is taken or authorized by this Resolution.

IN WITNESS WHEREOF, all Members of the Company have signed this Resolution as indicated below to show their unanimous consent to the same.

_____          March 10, 2026
Craig A. Hartman, Sr., Member

_____          March 10, 2026
Donna K. Hartman, Member