Fill in this information to identify the case:

Debtor Name   **The Barbeque Exchange, L.L.C.**

United States Bankruptcy Court for the: _____**Western**_____   District of   **Virginia**
                                                                                     (State)

Case number (If
known):      **26-60291**

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2.  **Cash on hand**    $3,700.00

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Blue Ridge Bank (BBQ Main)** | **Checking account** | 1 0 2 7 | $2,677.87 |
| 3.2. **Blue Ridge Bank (Cafe)** | **Checking account** | 1 7 5 0 | $10,815.61 |
| 3.3. **Blue Ridge Bank (Tax Sales) (Funds held for payment of employee payroll taxes – held in trust)** | **Checking account** | 5 0 2 6 | $8,965.06 |
| 3.4. **Shore United Bank (BBQ)** | **Checking account** | 2 3 1 2 | $3,977.74 |
| 3.5. **Shore United Bank (Cafe)** | **Checking account** | 2 3 3 8 | $431.79 |
| 3.6. **Shore United Bank (BBQ Tax Account) (Funds held for payment of employee payroll taxes – held in trust)** | **Savings account** | 0 3 5 4 | $146.01 |
| 3.7. **Shore United Bank (BBQ Savings)** | **Savings account** | 0 3 6 2 | $146.01 |

4.  **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1 **Square Space (payment processor)** | | $12,937.50 |
| 4.2 **Stripe (payment processor)** | | $8,983.10 |
| 4.3 **Toast (as held by World Pay, Inc.)** | | $31,375.67 |

Debtor   **The Barbeque Exchange, L.L.C.**                                  Case number *(if known)* **26-60291**

Name

| | | |
|---|---|---|
| 4.4 | **Balance of retainer held in Cox Law Group trust account** | **$27,237.00** |

5.   **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$111,393.36**

| **Part 2:** | Deposits and prepayments |
|---|---|

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7.   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____     _____

7.2 _____     _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____     _____

8.2 _____     _____

9.   **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| **Part 3:** | Accounts receivable |
|---|---|

10.   **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11.   **Accounts receivable**

11a. 90 days old or less:   _____  -  _____  =..... ➔

face amount                  doubtful or uncollectible accounts                _____

11b. Over 90 days old:   _____  -  _____  =..... ➔

face amount                  doubtful or uncollectible accounts                _____

12.   **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| **Part 4:** | Investments |
|---|---|

13.   **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Debtor   **The Barbeque Exchange, L.L.C.**                                Case number *(if known)* **26-60291**

Name

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 | | |
| 14.2 | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Name of entity:                                                  % of ownership:

| | % of ownership | Valuation method | Current value |
|---|---|---|---|
| 15.1. | | | |
| 15.2. | | | |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1 | | |
| 16.2 | | |
| 17. **Total of Part 4** | | |
| Add lines 14 through 16. Copy the total to line 83. | | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| Food supplies for restaurant and cafe | MM / DD / YYYY | unknown | | $27,000.00 |
| 20. **Work in progress** | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |

Debtor    **The Barbeque Exchange, L.L.C.**                    Case number *(if known)* **26-60291**
Name

| General description | | Current value |
|---|---|---|
| **Consumable Supplies: paper plates, napkins, boxes, plastic flatware, gloves, cups, aluminum pans, plastic containers, butane, sternos, plastic wrap, bags, aluminum foil, chafers, serving ware, stirrers, picks** | unknown | $1,619.00 |
| | MM / DD / YYYY | |
| **Alcoholic Beverages: 88 varieties of beer, wine and liquor** | unknown | $4,564.60 |
| | MM / DD / YYYY | |
| **Consumable Paper Goods: plates, napkins, paper towels, cups, utensils, gloves, aluminum pans, lids, aluminum foil, plastic wrap, baggies, squeeze bottles, boxes, etc.** | unknown | $6,500.00 |
| | MM / DD / YYYY | |
| **Cleaning supplies: mop heads, trash bags, paper towels, scrubbers, cleaning liquids and sprays, bug sprays, duct tape** | unknown | $114.00 |
| | MM / DD / YYYY | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                     **$39,797.60**

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes.   Book value  **unknown**   Valuation method _____   Current value  **$27,000.00**

Book value  **unknown**   Valuation method _____   Current value  **$4,564.60**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |

Debtor    **The Barbeque Exchange, L.L.C.**                                    Case number *(if known)* __26-60291__
            Name

---

30. **Farm machinery and equipment** (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ❑ No
    ❑ Yes. Is any of the debtor's property stored at the cooperative?

        ❑ No
        ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❑ No
    ❑ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❑ No
    ❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❑ No
    ❑ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ❑ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

---

Debtor    **The Barbeque Exchange, L.L.C.**                                                    Case number *(if known)* **26-60291**
     Name

| Description | Net book value | Valuation method | Current value |
|---|---|---|---|
| **Catering Equipment: tables, trash cans, racks, wagons, crates, beverage dispensers, coolers, bussing trays, power supplies, sheet pans, kitchen pans, utensils, cutting boards, bar utensils, pitchers, burners, griddles** | unknown | | $5,206.00 |
| **Office Supplies: printer ink, batteries, light bulbs, air filters, hose, first aid supplies, paper, envelopes, folders, labels, etc.** | unknown | | $1,353.03 |
| **Machinery and Equipment: See Exhibit A** | unknown | | $76,150.00 |
| **Small Kitchenwares: See Exhibit B** | unknown | | $21,679.00 |
| **Computers and Printers: 6 Apple computers, 3 Dell computers, 2 Apple Ipads, 3 printers** | unknown | | $3,052.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1 _____

    42.2 _____

    42.3 _____

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.                    **$107,440.03**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2023 Ford E350 / VIN: 1FDWE3FK4PDD25674** | unknown | KBB Private Party Value | $27,600.00 |
| 47.2 **2014 Mercedes-Benz Sprinter Van / VIN: WD3PE7DC7E5851794** | unknown | KBB Private Party Value | $14,900.00 |

Debtor   **The Barbeque Exchange, L.L.C.**
     Name

Case number *(if known)* **26-60291**

| | | | KBB Private Party | |
|---|---|---|---|---|
| 47.3 **2010 Toyota Tundra / VIN: 5TFUW5F13AZ120056** | | unknown | Value | $12,405.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____

    48.2 _____

49. **Aircraft and accessories**

    49.1 _____

    49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

       **$54,905.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

Debtor   **The Barbeque Exchange, L.L.C.**
         Name

Case number *(if known)* **26-60291**

---

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ❑ No

    ❑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.

    ❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ❑ No

    ❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ❑ No

    ❑ Yes

---

Debtor   **The Barbeque Exchange, L.L.C.**                        Case number *(if known)* **26-60291**

Name

---

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❑ No

❑ Yes

**Part 11:**   All other assets

70.   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

❑ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71.   **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➔ _____

Total face amount   doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73.   **Interests in insurance policies or annuities**

_____   _____

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   _____

**Nature of claim**   _____

**Amount requested**   _____

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   _____

**Nature of claim**   _____

**Amount requested**   _____

76.   **Trusts, equitable or future interests in property**

_____   _____

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

---

Debtor **The Barbeque Exchange, L.L.C.**      Case number *(if known)* **26-60291**

       Name

---

**Potential funds due to debtor, unknown at this time, including tax refunds, potential federal stimulus checks, possible garnishment funds, insurance proceeds, proceeds related to claims or causes of action that may be asserted by the Debtor**      **unknown**

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $111,393.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $39,797.60 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $107,440.03 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $54,905.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................ ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $313,535.99 | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................................    **$313,535.99**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Barbeque Exchange, L.L.C.** |
| United States Bankruptcy Court for the: | **Western** District of **Virginia** |
| | (State) |
| Case number (if known): | **26-60291** |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
|---|---|---|

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$879,955.67**

Debtor  **The Barbeque Exchange, L.L.C.**                                      Case number (if known) **26-60291**

Name

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.1** **Creditor's name**

**Celtic Bank**

**Creditor's mailing address**

**268 S State St Ste 300**

**Salt Lake City, UT 84111-5314**

**Creditor's email address, if known**

**Date debt was incurred**   **01/10/2025**

**Last 4 digits of account number**   **9**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**See continuation page.**

**Describe debtor's property that is subject to a lien**

Food supplies for restaurant and cafe, Shore United Bank (Cafe), Consumable Paper Goods: plates, napkins, paper towels, cups, utensils, gloves, aluminum pans, lids, aluminum foil, plastic wrap, baggies, squeeze bottles, boxes, etc., Office Supplies: printer ink, batteries, light bulbs, air filters, hose, first aid supplies, paper, envelopes, folders, labels, etc., Catering Equipment: tables, trash cans, racks, wagons, crates, beverage dispensers, coolers, bussing trays, power supplies, sheet pans, kitchen pans, utensils, cutting boards, bar utensils, pitchers, burners, griddles, Computers and Printers: 6 Apple computers, 3 Dell computers, 2 Apple Ipads, 3 printers, Consumable Supplies: paper plates, napkins, boxes, plastic flatware, gloves, cups, aluminum pans, plastic containers, butane, sternos, plastic wrap, bags, aluminum foil, chafers, serving ware, stirrers, picks, Shore United Bank (BBQ), Shore United Bank (BBQ Savings), Cash on hand, Alcoholic Beverages: 88 varieties of beer, wine and liquor, Blue Ridge Bank (BBQ Main), Blue Ridge Bank (Cafe), Machinery and Equipment: See Exhibit A, Cleaning supplies: mop heads, trash bags, paper towels, scrubbers, cleaning liquids and sprays, bug sprays, duct tape, Stripe (payment processor), Toast (as held by World Pay, Inc.), Small Kitchenwares: See Exhibit B, Square Space (payment processor)

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

**Column A:** $88,675.00

**Column B:** $82,067.16

**Remarks:** Purported security interest in all accounts and proceeds (Serviced by Stripe Servicing, Inc.) UCC 202501100009693; Filing Date: 1/10/25; Debtor investigating amount of claim

Debtor **The Barbeque Exchange, L.L.C.**                                    Case number (if known) **26-60291**

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.2** **Creditor's name**

**Ford Credit**

**Creditor's mailing address**

**Attn: Bankruptcy**

**P.O. Box 35910**

**Cleveland, OH 44135-0910**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   8  3  8  6

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No.  Specify each creditor, including this creditor, and its relative priority.

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Ford E350

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**$36,147.70**   **$27,600.00**

Debtor   **The Barbeque Exchange, L.L.C.**                              Case number (if known) **26-60291**
         Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.3** **Creditor's name**

**Fox Funding Group LLC**

**Creditor's mailing address**

**Attn: Bankruptcy**

**803 S 21st Avenue**

**Hollywood, FL 33020**

**Creditor's email address, if known**

**Date debt was incurred**    **8/2025**

**Last 4 digits of account number**    **4  6  0  3**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

   ❑ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Blue Ridge Bank (BBQ Main), Blue Ridge Bank (Cafe), Shore United Bank (BBQ), Shore United Bank (Cafe), Shore United Bank (BBQ Savings), Cash on hand, Stripe (payment processor), Toast (as held by World Pay, Inc.), Square Space (payment processor)

**$165,164.00**    **$0.00**

**Describe the lien**

**Sales Based Financing**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

❑ Disputed

**Remarks:** Purported security interest in all accounts and proceeds (UCC Filing 20240112204991; Date: 1/12/24; purported sales based financing; Contingent & Unliquidated per In re McKenzie Contracting, LLC, 2024 WL 3508375 (Bankr. M.D. Fla. July 19, 2024)

Debtor  **The Barbeque Exchange, L.L.C.**                                    Case number (if known) **26-60291**

  Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**2.4**

**Creditor's name**

**Fox Funding Group LLC**

**Creditor's mailing address**

**Attn: Bankruptcy**

**803 S 21st Avenue**

**Hollywood, FL 33020**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  **4  7  0  6**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

  ❑ No.  Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Shore United Bank (BBQ Savings), Cash on hand, Blue Ridge Bank (BBQ Main), Blue Ridge Bank (Cafe), Shore United Bank (BBQ), Shore United Bank (Cafe), Square Space (payment processor), Stripe (payment processor), Toast (as held by World Pay, Inc.)

**Describe the lien**

**Sales-Based Financing**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

❑ Disputed

**$56,250.00**

**$0.00**

**Remarks:** Purported security interest in all accounts and proceeds (UCC Filing 20240112204991; Date: 1/12/24; purported sales based financing; Contingent & Unliquidated per In re McKenzie Contracting, LLC, 2024 WL 3508375 (Bankr. M.D. Fla. July 19, 2024)

Debtor   **The Barbeque Exchange, L.L.C.**
Name

Case number (if known) **26-60291**

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**Kash Advance, LLC**

**Creditor's mailing address**

**111 Great Neck Rd Ste 300**

**Great Neck, NY 11021**

**Creditor's email address, if known**

**Date debt was incurred**   **1/8/2026**

**Last 4 digits of account number**   **0 1 7 8**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Alcoholic Beverages: 88 varieties of beer, wine and liquor, Cash on hand, Catering Equipment: tables, trash cans, racks, wagons, crates, beverage dispensers, coolers, bussing trays, power supplies, sheet pans, kitchen pans, utensils, cutting boards, bar utensils, pitchers, burners, griddles, Blue Ridge Bank (BBQ Main), Blue Ridge Bank (Cafe), Food supplies for restaurant and cafe, Machinery and Equipment: See Exhibit A, Shore United Bank (BBQ), Shore United Bank (Cafe), Shore United Bank (BBQ Savings), Computers and Printers: 6 Apple computers, 3 Dell computers, 2 Apple Ipads, 3 printers, Small Kitchenwares: See Exhibit B, Consumable Supplies: paper plates, napkins, boxes, plastic flatware, gloves, cups, aluminum pans, plastic containers, butane, sternos, plastic wrap, bags, aluminum foil, chafers, serving ware, stirrers, picks, Office Supplies: printer ink, batteries, light bulbs, air filters, hose, first aid supplies, paper, envelopes, folders, labels, etc., Square Space (payment processor), Stripe (payment processor), Toast (as held by World Pay, Inc.), Cleaning supplies: mop heads, trash bags, paper towels, scrubbers, cleaning liquids and sprays, bug sprays, duct tape, Consumable Paper Goods: plates, napkins, paper towels, cups, utensils, gloves, aluminum pans, lids, aluminum foil, plastic wrap, baggies, squeeze bottles, boxes, etc.

**Describe the lien**

**Sales-Based Financing**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

**$117,705.00**    **$0.00**

**Remarks:** UCC Filing 202602200066903, Date: 2/20/26 (All Assets); purported sales based financing; Contingent & Unliquidated per In re McKenzie Contracting, LLC, 2024 WL 3508375 (Bankr. M.D. Fla. July 19, 2024)

Debtor   **The Barbeque Exchange, L.L.C.**                    Case number (if known) **26-60291**
　　　　　Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

**ODK Capital, LLC**

**Creditor's mailing address**

**4700 W Daybreak Pkwy, Ste 200**

**South Jordan, UT 84009**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **2  5  5  0**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the
　　　relative priority?

　　❑ No.  Specify each creditor, including
　　　　　this creditor, and its relative
　　　　　priority.

　　　　　_____

　　❑ Yes. The relative priority of creditors
　　　　　is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

Amount of claim: **$54,819.73**　　Value of collateral: **$0.00**

**Remarks:** (OnDeck Capital) Lien is unperfected and subject to avoidance; secured status disputed. Debtor investigating amount of claim

Debtor  **The Barbeque Exchange, L.L.C.**                    Case number (if known) **26-60291**

      Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | |
|---|---|---|---|
| **2.7** **Creditor's name** | **Describe debtor's property that is subject to a lien** | **$99,911.00** | **$0.00** |

**2.7** **Creditor's name**

**QFS Capital LLC**

**Creditor's mailing address**

**16192 Coastal Highway**

**Lewes, DE 19958**

**Creditor's email address, if known**

**Date debt was incurred**   **12/2/2025**

**Last 4 digits of account**   **8  7  1  7**
**number**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the
    relative priority?

   ❑ No.  Specify each creditor, including
          this creditor, and its relative
          priority.

   ☑ Yes. The relative priority of creditors
         is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Blue Ridge Bank (BBQ Main), Shore United Bank (BBQ), Shore United Bank (Cafe), Square Space (payment processor), Stripe (payment processor), Shore United Bank (BBQ Savings), Blue Ridge Bank (Cafe), Toast (as held by World Pay, Inc.), Cash on hand

**Describe the lien**

 **Sales-Based Financing**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

❑ Disputed

**Remarks:** UCC # 202601290085760 filed 1/29/2026 (All Accounts); purported sales based financing; Contingent & Unliquidated per In re McKenzie Contracting, LLC, 2024 WL 3508375 (Bankr. M.D. Fla. July 19, 2024)

| Debtor | The Barbeque Exchange, L.L.C. | Case number (if known) | 26-60291 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.8 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $43,540.00 | $0.00 |
|---|---|---|---|---|

**2.8** **Creditor's name**

**Seamless Funding LLC**

**Creditor's mailing address**

**2329 Nostrand Ave**

**Brooklyn, NY 11210**

**Creditor's email address, if known**

**Date debt was incurred**    **1/8/2026**

**Last 4 digits of account number**    **0 4 6 5**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Consumable Paper Goods: plates, napkins, paper towels, cups, utensils, gloves, aluminum pans, lids, aluminum foil, plastic wrap, baggies, squeeze bottles, boxes, etc., Cleaning supplies: mop heads, trash bags, paper towels, scrubbers, cleaning liquids and sprays, bug sprays, duct tape, Stripe (payment processor), Office Supplies: printer ink, batteries, light bulbs, air filters, hose, first aid supplies, paper, envelopes, folders, labels, etc., Square Space (payment processor), Consumable Supplies: paper plates, napkins, boxes, plastic flatware, gloves, cups, aluminum pans, plastic containers, butane, sternos, plastic wrap, bags, aluminum foil, chafers, serving ware, stirrers, picks, Catering Equipment: tables, trash cans, racks, wagons, crates, beverage dispensers, coolers, bussing trays, power supplies, sheet pans, kitchen pans, utensils, cutting boards, bar utensils, pitchers, burners, griddles, Small Kitchenwares: See Exhibit B, Computers and Printers: 6 Apple computers, 3 Dell computers, 2 Apple Ipads, 3 printers, Shore United Bank (BBQ Savings), Shore United Bank (BBQ), Shore United Bank (Cafe), Blue Ridge Bank (Cafe), Cash on hand, Alcoholic Beverages: 88 varieties of beer, wine and liquor, Machinery and Equipment: See Exhibit A, Blue Ridge Bank (BBQ Main), Food supplies for restaurant and cafe, Toast (as held by World Pay, Inc.)

**Describe the lien**

**Sales-Based Financing**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

**Remarks:** UCC # 202601140038380 filed 1/14/2026 (All Assets); purported sales based financing; Contingent & Unliquidated per In re McKenzie Contracting, LLC, 2024 WL 3508375 (Bankr. M.D. Fla. July 19, 2024)

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **9** of **15**

| Debtor | **The Barbeque Exchange, L.L.C.** | Case number (if known) **26-60291** |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.9 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | **$15,385.48** | **$0.00** |
|---|---|---|---|---|

**2.9 Creditor's name**

**Shore United Bank**

**Creditor's mailing address**

**18 E. Dover Street**

**Easton, MD 21601**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**  **5 7 7 9**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Alcoholic Beverages: 88 varieties of beer, wine and liquor, Blue Ridge Bank (BBQ Main), Blue Ridge Bank (Cafe), Cash on hand, Computers and Printers: 6 Apple computers, 3 Dell computers, 2 Apple Ipads, 3 printers, Catering Equipment: tables, trash cans, racks, wagons, crates, beverage dispensers, coolers, bussing trays, power supplies, sheet pans, kitchen pans, utensils, cutting boards, bar utensils, pitchers, burners, griddles, Machinery and Equipment: See Exhibit A, Shore United Bank (BBQ), Shore United Bank (Cafe), Shore United Bank (BBQ Savings), Small Kitchenwares: See Exhibit B, Consumable Supplies: paper plates, napkins, boxes, plastic flatware, gloves, cups, aluminum pans, plastic containers, butane, sternos, plastic wrap, bags, aluminum foil, chafers, serving ware, stirrers, picks, Office Supplies: printer ink, batteries, light bulbs, air filters, hose, first aid supplies, paper, envelopes, folders, labels, etc., Consumable Paper Goods: plates, napkins, paper towels, cups, utensils, gloves, aluminum pans, lids, aluminum foil, plastic wrap, baggies, squeeze bottles, boxes, etc., Food supplies for restaurant and cafe, Toast (as held by World Pay, Inc.), Cleaning supplies: mop heads, trash bags, paper towels, scrubbers, cleaning liquids and sprays, bug sprays, duct tape, Square Space (payment processor), Stripe (payment processor)

**Describe the lien**

  **Security Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** UCC #20250331259389 filed 3/31/2025 (All Assets)

Debtor **The Barbeque Exchange, L.L.C.**                                                    Case number (if known) **26-60291**
_____                                          _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.10** **Creditor's name**

**U.S. Small Business Administration**

**Creditor's mailing address**

**Commercial Loan Servicing Center**

**2120 Riverfront Dr Ste 100**

**Little Rock, AR 72202**

**Creditor's email address, if known**

_____

**Date debt was incurred**     **5/29/2020**

**Last 4 digits of account number**     **7  8  0  8**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

　❑ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Food supplies for restaurant and cafe, Machinery and Equipment: See Exhibit A, Blue Ridge Bank (BBQ Main), Blue Ridge Bank (Cafe), Shore United Bank (BBQ), Alcoholic Beverages: 88 varieties of beer, wine and liquor, Cash on hand, Shore United Bank (BBQ Savings), Shore United Bank (Cafe), Small Kitchenwares: See Exhibit B, Consumable Supplies: paper plates, napkins, boxes, plastic flatware, gloves, cups, aluminum pans, plastic containers, butane, sternos, plastic wrap, bags, aluminum foil, chafers, serving ware, stirrers, picks, Computers and Printers: 6 Apple computers, 3 Dell computers, 2 Apple Ipads, 3 printers, Catering Equipment: tables, trash cans, racks, wagons, crates, beverage dispensers, coolers, bussing trays, power supplies, sheet pans, kitchen pans, utensils, cutting boards, bar utensils, pitchers, burners, griddles, Office Supplies: printer ink, batteries, light bulbs, air filters, hose, first aid supplies, paper, envelopes, folders, labels, etc., Stripe (payment processor), Square Space (payment processor), Toast (as held by World Pay, Inc.), Consumable Paper Goods: plates, napkins, paper towels, cups, utensils, gloves, aluminum pans, lids, aluminum foil, plastic wrap, baggies, squeeze bottles, boxes, etc., Cleaning supplies: mop heads, trash bags, paper towels, scrubbers, cleaning liquids and sprays, bug sprays, duct tape

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**$140,215.76**     **$140,215.76**

**Remarks:** UCC 202005290079813 filed 5/29/2020; continuation 202505100077274 filed 5/10/2025 (all assets)

Debtor **The Barbeque Exchange, L.L.C.**
Name

Case number (if known) **26-60291**

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11**

**Creditor's name**

**Windgate Capital**

**Creditor's mailing address**

**40 Wall St**

**New York, NY 10005**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **11/24/2025**

**Last 4 digits of account number**   **0 1 7 8**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Alcoholic Beverages: 88 varieties of beer, wine and liquor, Shore United Bank (Cafe), Shore United Bank (BBQ Savings), Cash on hand, Small Kitchenwares: See Exhibit B, Computers and Printers: 6 Apple computers, 3 Dell computers, 2 Apple Ipads, 3 printers, Consumable Supplies: paper plates, napkins, boxes, plastic flatware, gloves, cups, aluminum pans, plastic containers, butane, sternos, plastic wrap, bags, aluminum foil, chafers, serving ware, stirrers, picks, Catering Equipment: tables, trash cans, racks, wagons, crates, beverage dispensers, coolers, bussing trays, power supplies, sheet pans, kitchen pans, utensils, cutting boards, bar utensils, pitchers, burners, griddles, Office Supplies: printer ink, batteries, light bulbs, air filters, hose, first aid supplies, paper, envelopes, folders, labels, etc., Square Space (payment processor), Blue Ridge Bank (Cafe), Shore United Bank (BBQ), Food supplies for restaurant and cafe, Machinery and Equipment: See Exhibit A, Blue Ridge Bank (BBQ Main), Consumable Paper Goods: plates, napkins, paper towels, cups, utensils, gloves, aluminum pans, lids, aluminum foil, plastic wrap, baggies, squeeze bottles, boxes, etc., Cleaning supplies: mop heads, trash bags, paper towels, scrubbers, cleaning liquids and sprays, bug sprays, duct tape, Stripe (payment processor), Toast (as held by World Pay, Inc.)

**Describe the lien**

**Sales-Based Financing**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| | **$62,142.00** | **$0.00** |

**Remarks:** UCC # 20260210297578 filed 2/10/2026 (All Assets); purported sales based financing; Contingent & Unliquidated per In re McKenzie Contracting, LLC, 2024 WL 3508375 (Bankr. M.D. Fla. July 19, 2024)

| Debtor | **The Barbeque Exchange, L.L.C.** | Case number (if known) **26-60291** |
|---|---|---|
| | Name | |

---

| Part 1: | Additional Page |
|---|---|

**2.1** Creditor's name

**Celtic Bank**

**Specify each creditor, including this creditor, and its relative priority.**

For Food supplies for restaurant and cafe: 1) U.S. Small Business Administration; **2) Celtic Bank**; 3) Shore United Bank; 4) Seamless Funding LLC; 5) Windgate Capital; 6) Kash Advance, LLC; For Shore United Bank (Cafe): 1) U.S. Small Business Administration; 2) Fox Funding Group LLC; 3) Fox Funding Group LLC; **4) Celtic Bank**; 5) Shore United Bank; 6) Seamless Funding LLC; 7) QFS Capital LLC; 8) Windgate Capital; 9) Kash Advance, LLC; For Consumable Paper Goods: plates, napkins, paper towels, cups, utensils, gloves, aluminum pans, lids, aluminum foil, plastic wrap, baggies, squeeze bottles, boxes, etc.: 1) U.S. Small Business Administration; **2) Celtic Bank**; 3) Shore United Bank; 4) Seamless Funding LLC; 5) Windgate Capital; 6) Kash Advance, LLC; For Office Supplies: printer ink, batteries, light bulbs, air filters, hose, first aid supplies, paper, envelopes, folders, labels, etc.: 1) U.S. Small Business Administration; **2) Celtic Bank**; 3) Shore United Bank; 4) Seamless Funding LLC; 5) Windgate Capital; 6) Kash Advance, LLC; For Catering Equipment: tables, trash cans, racks, wagons, crates, beverage dispensers, coolers, bussing trays, power supplies, sheet pans, kitchen pans, utensils, cutting boards, bar utensils, pitchers, burners, griddles: 1) U.S. Small Business Administration; **2) Celtic Bank**; 3) Shore United Bank; 4) Seamless Funding LLC; 5) Windgate Capital; 6) Kash Advance, LLC; For Computers and Printers: 6 Apple computers, 3 Dell computers, 2 Apple Ipads, 3 printers: 1) U.S. Small Business Administration; **2) Celtic Bank**; 3) Shore United Bank; 4) Seamless Funding LLC; 5) Windgate Capital; 6) Kash Advance, LLC; For Consumable Supplies: paper plates, napkins, boxes, plastic flatware, gloves, cups, aluminum pans, plastic containers, butane, sternos, plastic wrap, bags, aluminum foil, chafers, serving ware, stirrers, picks: 1) U.S. Small Business Administration; **2) Celtic Bank**; 3) Shore United Bank; 4) Seamless Funding LLC; 5) Kash Advance, LLC; 6) Windgate Capital; For Shore United Bank (BBQ): 1) U.S. Small Business Administration; 2) Fox Funding Group LLC; 3) Fox Funding Group LLC; **4) Celtic Bank**; 5) Shore United Bank; 6) Seamless Funding LLC; 7) QFS Capital LLC; 8) Windgate Capital; 9) Kash Advance, LLC; For Shore United Bank (BBQ Savings): 1) U.S. Small Business Administration; 2) Fox Funding Group LLC; 3) Fox Funding Group LLC; **4) Celtic Bank**; 5) Shore United Bank; 6) Seamless Funding LLC; 7) QFS Capital LLC; 8) Windgate Capital; 9) Kash Advance, LLC; For Cash on hand: 1) U.S. Small Business Administration; 2) Fox Funding Group LLC; 3) Fox Funding Group LLC; **4) Celtic Bank**; 5) Shore United Bank; 6) Seamless Funding LLC; 7) QFS Capital LLC; 8) Windgate Capital; 9) Kash Advance, LLC; For Alcoholic Beverages: 88 varieties of beer, wine and liquor: 1) U.S. Small Business Administration; **2) Celtic Bank**; 3) Shore United Bank; 4) Seamless Funding LLC; 5) Windgate Capital; 6) Kash Advance, LLC; For Blue Ridge Bank (BBQ Main): 1) U.S. Small Business Administration; 2) Fox Funding Group LLC; 3) Fox Funding Group LLC; **4) Celtic Bank**; 5) Shore United Bank; 6) Seamless Funding LLC; 7) QFS Capital LLC; 8) Windgate Capital; 9) Kash Advance, LLC; For Blue Ridge Bank (Cafe): 1) U.S. Small Business Administration; 2) Fox Funding Group LLC; 3) Fox Funding Group LLC; **4) Celtic Bank**; 5) Shore United Bank; 6) Seamless Funding LLC; 7) QFS Capital LLC; 8) Windgate Capital; 9) Kash Advance, LLC; For Machinery and Equipment: See Exhibit A: 1) U.S. Small Business Administration; **2) Celtic Bank**; 3) Shore United Bank; 4) Seamless Funding LLC; 5) Windgate Capital; 6) Kash Advance, LLC; For Cleaning supplies: mop heads, trash bags, paper towels, scrubbers, cleaning liquids and sprays, bug sprays, duct tape: 1) U.S. Small Business Administration; **2) Celtic Bank**; 3) Shore United Bank; 4) Seamless Funding LLC; 5) Windgate Capital; 6) Kash Advance, LLC; For Stripe (payment processor): 1) U.S. Small Business Administration; 2) Fox Funding Group LLC; 3) Fox Funding Group LLC; **4) Celtic Bank**; 5) Shore United Bank; 6) Seamless Funding LLC; 7) QFS Capital LLC; 8) Windgate Capital; 9) Kash Advance, LLC; For Toast (as held by World Pay, Inc.): 1) U.S. Small Business Administration; 2) Fox Funding Group LLC; 3) Fox Funding Group LLC; **4) Celtic Bank**; 5) Shore United Bank; 6) Seamless Funding LLC; 7) QFS Capital LLC; 8) Windgate Capital; 9) Kash Advance, LLC; For Small Kitchenwares: See Exhibit B: 1) U.S. Small Business Administration; **2) Celtic Bank**; 3) Shore United Bank; 4) Seamless Funding LLC; 5) Windgate Capital; 6) Kash Advance, LLC; For Square Space (payment processor): 1) U.S. Small Business Administration; 2) Fox Funding Group LLC; 3) Fox Funding Group LLC; **4) Celtic Bank**; 5) Shore United Bank; 6) Seamless Funding LLC; 7) QFS Capital LLC; 8) Windgate Capital; 9) Kash Advance, LLC

Debtor  **The Barbeque Exchange, L.L.C.**                    Case number (if known) **26-60291**

Name

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|--------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|--------------------------------------------------|
| **Stripe, Inc.** <br> **354 Oyster Point Blvd** <br> **South San Francisco, CA 94080-1912** | Line 2. **1** | ___ ___ ___ ___ |
| **Nomas Recovery** <br> **Attn: Amanda Ortiz, Collections Admin** <br> **270 Avenida Munoz Rivera Ste 310** <br> **San Juan, PR 00918** | Line 2. **5** | ___ ___ ___ ___ |
| **Law Offices of Isaac H. Greenfield, PLLC** <br> **Attn: Isaac H. Greenfield, Esq.** <br> **2 Executive Blvd Ste 305** <br> **Suffern, NY 10901** | Line 2. **5** | ___ ___ ___ ___ |
| **OnDeck Capital, Inc.** <br> **4700 W Daybreak Pkwy 200** <br> **South Jordan, UT 84009** | Line 2. **6** | ___ ___ ___ ___ |
| **QFS Capital LLC** <br> **7901 4th St. N Ste 13070** <br> **Saint Petersburg, FL 33702** | Line 2. **7** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

---

Form 206D                 Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**                 page **14** of **15**

Debtor   **The Barbeque Exchange, L.L.C.**                                    Case number (if known) **26-60291**

Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor name     **The Barbeque Exchange, L.L.C.**

United States Bankruptcy Court for the:

**Western District of Virginia**

Case number (if known): _____ **26-60291** _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases***(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1**  
**Priority creditor's name and mailing address**

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia, PA 19101**

**Date or dates debt was incurred**

**2/2026**

**Last 4 digits of account number  0  1  7  8**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Employment Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,883.10**    Priority amount: **$1,883.10**

**2.2**  
**Priority creditor's name and mailing address**

**Orange County Treasurer**

**PO Box 469**

**Orange, VA 22960**

**Date or dates debt was incurred**

**Last 4 digits of account number  0  1  7  8**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Property Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$4,477.60**    Priority amount: **$4,477.60**

Debtor   **The Barbeque Exchange, L.L.C.**                               Case number *(if known)*     **26-60291**
　　　　　Name

| Part 1: | Additional Page |

**2.3**
Priority creditor's name and mailing address
**Orange County Treasurer**
**PO Box 469**
**Orange, VA 22960**

Date or dates debt was incurred
_____

Last 4 digits of account
number **0   1   7   8**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:      **$11,854.40**          **$11,854.40**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**
**Meals Tax**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**2.4**
Priority creditor's name and mailing address
**Town of Gordonsville**
**Attn: Sara Horton, Treasurer**
**112 S Main St**
**Gordonsville, VA 22942**

Date or dates debt was incurred
**9/2025**

Last 4 digits of account
number **0   1   7   8**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:      **$43,075.00**          **$43,075.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**
**Meals Tax**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**2.5**
Priority creditor's name and mailing address
**VA Department of Taxation**
**Attn: Bankruptcy**
**PO Box 2156**
**Richmond, VA 23218**

Date or dates debt was incurred
**2/2026**

Last 4 digits of account
number **0   2   2   7**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:      **$10,285.30**          **$10,285.30**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**
**State Sales Taxes**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor     **The Barbeque Exchange, L.L.C.**                                Case number *(if known)*     **26-60291**
               Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**Acme Paper**

**8229 Sandy Court**

**Savage, MD 20763**

Date or dates debt was incurred     **2025**

Last 4 digits of account number     **0  2  2  7**

Remarks:
2 accounts: 320227 (The Barbeque Exchange) and 489522 (Exchange Cafe)

**As of the petition filing date, the claim is:**         **$26,949.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Supply Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.2** **Nonpriority creditor's name and mailing address**

**American Express**

**Attn: Bankruptcy**

**PO Box 981535**

**El Paso, TX 79998**

Date or dates debt was incurred

Last 4 digits of account number     **1  0  0  3**

**As of the petition filing date, the claim is:**         **$34,549.02**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Credit Card**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.3** **Nonpriority creditor's name and mailing address**

**Bilal E Uzun**

**Attn: Emre Uzin**

**417 Laurel Crest Ave**

**Madera, CA 93636**

Date or dates debt was incurred

Last 4 digits of account number     — — — —

Remarks: For Exchange Cafe

**As of the petition filing date, the claim is:**         **$6,500.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.4** **Nonpriority creditor's name and mailing address**

**Blossman Propane**

**207 S Main St**

**Gordonsville, VA 22942**

Date or dates debt was incurred

Last 4 digits of account number     **8  3  8  8**

Remarks:
2 Accounts: 948388 (The Barbeque Exchange) and 5531717 (Exchange Cafe)

**As of the petition filing date, the claim is:**         **$3,890.51**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor   **The Barbeque Exchange, L.L.C.**                                   Case number *(if known)*        **26-60291**

Name

---

**Part 2:**  Additional Page

---

**3.5** **Nonpriority creditor's name and mailing address**

**Blue Ridge Bank**

**104 S Main St**

**Gordonsville, VA 22942**

**Date or dates debt was incurred**

**Last 4 digits of account number**    **3  2  0  7**

Remarks: Line of Credit 2

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Agreement**

**Is the claim subject to offset?**
☑ No
❑ Yes

$174,270.51

---

**3.6** **Nonpriority creditor's name and mailing address**

**Blue Ridge Bank**

**104 S Main St**

**Gordonsville, VA 22942**

**Date or dates debt was incurred**

**Last 4 digits of account number**    **1  8  3  4**

Remarks: Line of Credit 1

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Agreement**

**Is the claim subject to offset?**
☑ No
❑ Yes

$9,556.21

---

**3.7** **Nonpriority creditor's name and mailing address**

**Broadcast Music, Inc**

**Attn: Bankruptcy**
**7 World Trade Center**

**250 Greenwich St**

**New York, NY 10007**

**Date or dates debt was incurred**

**Last 4 digits of account number**    **6  7  2  8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Music**

**Is the claim subject to offset?**
☑ No
❑ Yes

$530.95

---

**3.8** **Nonpriority creditor's name and mailing address**

**Capital One Spark**

**Attn: Bankruptcy Department**

**PO Box 30285**

**Salt Lake City, UT 84130**

**Date or dates debt was incurred**

**Last 4 digits of account number**    **9  0  7  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Credit Card**

**Is the claim subject to offset?**
☑ No
❑ Yes

$25,976.36

---

| Debtor | **The Barbeque Exchange, L.L.C.** | Case number *(if known)* | **26-60291** |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,660.00** |

**Cavalier Produce**

**Attn: Anne Marie**

**170 Ferncliff Dr**

**Louisa, VA 23093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supply Vendor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **3  0  2  0**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks:
2 Accounts: 83020 (The Barbeque Exchange) and 85040
(Exchange Cafe)

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24,000.00** |

**Craig and Donna Hartman**

**10157 Spring Drive**

**Gordonsville, VA 22942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Personal Loan**

**Date or dates debt was incurred**   **3/9/2026**

**Last 4 digits of account number**   **7  3  2  9**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Loan from shareholders to cover payroll

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,397.48** |

**Dutch Valley**

**715 Lancaster Ave**

**Myerstown, PA 17067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supply Vendor**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **0  3  2  6**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$223.93** |

**Lowes Pro Services**

**1000 Lowes Blvd**

**Mooresville, NC 28117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supply Vendor**

**Date or dates debt was incurred**   **2/2026**

**Last 4 digits of account number**   **0  0  0  0**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **The Barbeque Exchange, L.L.C.**                                    Case number *(if known)*     **26-60291**

   Name

---

### Part 2:  Additional Page

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15,913.47**

**Performance Food Group**

**12500 W Creek Pkwy**

**Henrico, VA 23238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Supply Vendor**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        **4   5   7   0**

Remarks:
2 Accounts: 56294570 (The Barbeque Exchange) and 56305589 (Exchange Cafe)

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24,600.00**

**Playfy Sports**

**1063 Great Plain Avenue**

**Needham, MA 02492**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Marketing**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        — — — —

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,175.00**

**Refrigeration in Motion**

**PO Box 279**

**Lyndhurst, VA 22952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Fees and charges**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        — — — —

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,052.71**

**Salt and Pine**

**89 St. Andrews St.**

**Zion Crossroads, VA 22942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Catering Consult**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        **0   1   7   8**

---

| Debtor | **The Barbeque Exchange, L.L.C.** | Case number *(if known)* | **26-60291** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   Additional Page

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$753.67** |

**Sir Speedy**

**1132 E Market St #7**

**Charlottesville, VA 22902**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Marketing**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.18** | **Nonpriority creditor's name and mailing address**

**Synchrony Bank/Sam's Club**

**Attn: Bankruptcy Department**

**PO Box 71783**

**Philadelphia, PA 19176-1783**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Credit Card**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$9,317.53**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  **7  1  9  0**

---

**3.19** | **Nonpriority creditor's name and mailing address**

**Synergy Partners**

**PO Box BPO 5599**

**Florence, SC 29502**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Employee Retention**
**Basis for the claim:**  **Credit compliance**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$11,721.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  **4  8  5  6**

---

**3.20** | **Nonpriority creditor's name and mailing address**

**Sysco Foods**

**5081 S. Valley Pike**

**Harrisonburg, VA 22801**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Supply Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$11,000.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  **5  3  7  4**

---

Debtor    **The Barbeque Exchange, L.L.C.**                                    Case number *(if known)*      **26-60291**

          Name

## Part 2: Additional Page

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$253.75** |
|---|---|---|---|

**The Charlottesville Guide**

**PO Box 7852**

**Charlottesville, VA 22906**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Advertising**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** ── ── ── ──

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**United First Capital Experts**

**27-01 Queens Plaza Ste 802**

**Long Island City, NY 11101**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** **12/06/2024**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** ── ── ── ──

Remarks:
Based on UCC-1; Upon information and belief, the debt related to the UCC-1 has been satisfied

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,000.00** |
|---|---|---|---|

**Virginia Welcome Marketing**

**14 E High St**

**Charlottesville, VA 22902**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Advertising**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** ── ── ── ──

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,677.00** |
|---|---|---|---|

**W. A. Sherman Company**

**229 E Church St**

**Orange, VA 22960**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Repairs**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** ── ── ── ──

---

Debtor   **The Barbeque Exchange, L.L.C.**　　　　　　　　　　Case number *(if known)*　　**26-60291**
　　　　　Name

## Part 2:　Additional Page

---

**3.25** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

**WebBank**

**215 S State St Ste 1000**

**Chicago, IL 60604**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**　　**01/12/2024**

**Basis for the claim:** **UCC-1 Discovered (Notice only / disputed)**

**Last 4 digits of account number**　　— — — —

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Based on UCC-1; Upon information and belief, the debt related to the UCC-1 has been satisfied

---

**3.26** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

**WebBank**

**215 S State St Ste 1000**

**Chicago, IL 60604**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**　　**12/04/2023**

**Basis for the claim:** **UCC-1 Discovered (Notice only / disputed)**

**Last 4 digits of account number**　　— — — —

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:**
Based on UCC-1; Upon information and belief, the debt related to the UCC-1 has been satisfied

---

Debtor    **The Barbeque Exchange, L.L.C.**                                    Case number *(if known)*    **26-60291**
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Global Hawk Collections** | Line **3.14** | |
| | **PO Box 2010** | ☐ Not listed. Explain | __ __ __ __ |
| | **Methuen, MA 01844** | | |
| 4.2 | **Transworld Systems Debt Collection** | Line **3.7** | |
| | **PO15130** | ☐ Not listed. Explain | __ __ __ __ |
| | **Wilmington, DE 19850** | | |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 10 of 11

Debtor    **The Barbeque Exchange, L.L.C.**                                    Case number *(if known)*    **26-60291**
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$71,575.40** |
| 5b.  **Total claims from Part 2** | 5b.  **+** | **$417,968.10** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$489,543.50** |

Official Form 206E/F                     **Schedule E/F: Creditors Who Have Unsecured Claims**                     page 11 of 11

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Barbeque Exchange, L.L.C.** |
| United States Bankruptcy Court for the: | **Western** District of **Virginia** (State) |
| Case number (If known): | **26-60291** Chapter **11** |

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Service contract for security | ADT Security |
|---|---|---|---|
| | | Contract to be ASSUMED | Attn: Legal Dept / Customer Acct Notice |
| | State the term remaining | 0 months | 1501 Yamato Rd |
| | List the contract number of any government contract | | Boca Raton, FL 33431 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Subscription to Event planning platform | Aisle Planner Inc. |
|---|---|---|---|
| | | | PO Box 34 |
| | | Contract to be ASSUMED | Cardiff By the Sea, CA 92007 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Social media marketing for Cafe | American Marketing |
|---|---|---|---|
| | | | 915 E Lincoln Highway |
| | State the term remaining | 0 months | Dekalb, IL 60115 |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Subscription to Apple service | Apple |
|---|---|---|---|
| | | Contract to be REJECTED | One Apple Park Way |
| | State the term remaining | 0 months | Cupertino, CA 95014 |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Subscription to marketing design platform | Canva |
|---|---|---|---|
| | | | 3212 E. Cesar Chavez Street, Bldg 1 Ste 1300 |
| | | Contract to be ASSUMED | Austin, TX 78702 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| Debtor | **The Barbeque Exchange, L.L.C.** | Case number (if known) **26-60291** |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Real property at 102 Martinsburg Ave, Gordonsville, VA operating as The Barbeque Exchange restaurant; automatically renewed each year on September 15.**<br><br>**Contract to be ASSUMED** | **Craig and Donna Hartman**<br><br>**10157 Spring Dr**<br><br>**Gordonsville, VA 22942** |
| | State the term remaining | **6 months** | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Real property at 403 S High Street and O Grove Ave, Gordonsville, VA to operate as catering operations building and storage shed; automatically renewed each year on September 15.**<br><br>**Contract to be ASSUMED** | **Craig and Donna Hartman**<br><br>**10157 Spring Dr**<br><br>**Gordonsville, VA 22942** |
| | State the term remaining | **6 months** | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **Computer phone service for Cafe**<br><br>**Contract to be ASSUMED** | **Cytracom**<br><br>**7300 State Hwy 121 Ste 800**<br><br>**Mckinney, TX 75070** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Internet Cafe service at the Cafe**<br><br>**Contract to be ASSUMED** | **Fiberlync Orange**<br><br>**331 N Madison Rd Ste A**<br><br>**Orange, VA 22960** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

Debtor   **The Barbeque Exchange, L.L.C.**                    Case number (if known) **26-60291**
　　　　　 Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest<br><br>**Lease of Exchange Cafe and Catering Kitchen property, 5359 Spotswood Trail, Barboursville, Virginia 22923**<br><br>**Contract to be ASSUMED**<br><br>State the term remaining  **1 month**<br><br>List the contract number of any government contract | **Foothills Property Management, LLC**<br><br>**PO Box Box 326**<br><br>**Gordonsville, VA 22942** |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest<br><br>**Service for Gmail hosting, etc.**<br><br>**Contract to be ASSUMED**<br><br>State the term remaining  **0 months**<br><br>List the contract number of any government contract | **Google**<br><br>**1600 Amphitheatre Parkway**<br><br>**Mountain View, CA 94043** |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial equipment from Chesapeake Design, and Sensible Inc**<br><br>**Contract to be ASSUMED**<br><br>State the term remaining  **53 months**<br><br>List the contract number of any government contract | **LEAF Capital Funding**<br><br>**2500 Market Street**<br><br>**Philadelphia, PA 19103** |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest<br><br>**Software subscription**<br><br>**Contract to be ASSUMED**<br><br>State the term remaining  **0 months**<br><br>List the contract number of any government contract | **Microsoft Corporation**<br><br>**One Microsoft Way**<br><br>**Redmond, WA 98052** |

| Debtor | The Barbeque Exchange, L.L.C. | Case number (if known) | 26-60291 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

page __4__ of __6__

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.14** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | Equipment Lease | Pawnee Leasing |
| | Contract to be ASSUMED | 3801 Automation Way #207 |
| | | |
| | Atosa USA. Inc. Model No. MBF8003GR Reach-In Freezer | Fort Collins, CO 80525 |
| | Cleveland Range Model No. KDL40 Kettle | |
| | Cleveland Range Model No. SGL30TR DuraPan Tilting Skillet | |
| | DKFS Double Pantry Skillet Filler | |
| | Dormont 1675KIT48 Dormont Blue Hose Moveable Gas Connector Kit | |
| | 1 Garland/US Range Model No. G48-8LL G Starfire Pro Series Restaurant Range | |
| | Adjustable height swivel casters with front brakes | |
| | Dormont 16100BPCF48 Dormont Blue Hose Moveable Gas Connector Hose Assembly | |
| | RATIONAL Model No. ICP 6-FULL E 208/240V 3 PH - iCombi Pro? 6-Full Size Combi Oven | |
| | 1900.1154US Water Filtration Single Cartridge System | |
| | 60.31.102 Stand I Mobile Oven Stand | |
| | 60.76.180 UltraVent? Ventless Recirculating Condensation Hood | |
| | Metro Model No. C539-CFC-4 C5 3 Series Heated Holding & Proofing Cabinet | |
| | Atosa USA, Inc. Model No. MBF8010GRL Reach-In Refrigerator | |
| | | |
| | **State the term remaining** | 0 months |
| | **List the contract number of any government contract** | |

Debtor **The Barbeque Exchange, L.L.C.**          Case number (if known) **26-60291**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Building and property for food retail (used as catering office) and parking at 306 S Main Street, Gordonsville at The Storage Mall | Randy and Shelly Preddy <br><br> c/o The Storage Mall <br><br> PO Box 285 <br><br> Gordonsville, VA 22942 |
| | State the term remaining | 21 months | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Digital signage software <br><br> Contract to be ASSUMED | Raydiant <br><br> 35 Stillman Street <br><br> San Francisco, CA 94107 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Device lease <br><br> Contract to be ASSUMED | Texas Lease Services <br><br> 415 Century Pkwy <br><br> Allen, TX 75013-8043 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | Subscription service for point-of-sale and payment processing <br><br> Contract to be ASSUMED | Toast, Inc. <br><br> 333 Summer Street <br><br> Boston, MA 02210 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | Event management software <br><br> Contract to be ASSUMED | Tripleseat Software LLC <br><br> 300 Baker Avenue Ste 160 <br><br> Concord, MA 01742 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | Cell phone contracts; x8302-00001, x8302-00002 <br><br> Contract to be ASSUMED | Verizon Wireless <br><br> 4515 N Santa Fe Ave Ste 599 <br><br> Oklahoma City, OK 73118-7901 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor    **The Barbeque Exchange, L.L.C.**                                          Case number (if known) **26-60291**
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| **2.21** | **State what the contract or lease is for and the nature of the debtor's interest** | **Time-keeping software** | **When I Work, Inc.** |
| | | **Contract to be ASSUMED** | **420 North 5th Street, Suite 500** |
| | **State the term remaining** | **0 months** | **Minneapolis, MN 55401** |
| | **List the contract number of any government contract** | | |
| **2.22** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.23** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.24** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.25** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.26** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.27** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                page **6** of **6**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Barbeque Exchange, L.L.C.** |
| United States Bankruptcy Court for the: | **Western** District of **Virginia** (State) |
| Case number (If known): | **26-60291** |

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

**1.   Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Hartman Sr, Craig Arnold** | **10157 Spring Dr** <br> Street <br><br> **Gordonsville, VA 22942** <br> City    State    ZIP Code | **Shore United Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Fox Funding Group LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Windgate Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **QFS Capital LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Kash Advance, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Seamless Funding LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **ODK Capital, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |

---

| Debtor | The Barbeque Exchange, L.L.C. | | Case number (if known) | 26-60291 |
|---|---|---|---|---|
| | Name | | | |

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.2 | **Hartman, Donna Kline** | **10157 Spring Dr**<br>Street<br><br>**Gordonsville, VA 22942**<br>City   State   ZIP Code | **Shore United Bank** | ☑ D<br>❑ E/F<br>❑ G |
| | | | **Fox Funding Group LLC** | ☑ D<br>❑ E/F<br>❑ G |
| | | | **Windgate Capital** | ☑ D<br>❑ E/F<br>❑ G |
| | | | **QFS Capital LLC** | ☑ D<br>❑ E/F<br>❑ G |
| | | | **Kash Advance, LLC** | ☑ D<br>❑ E/F<br>❑ G |
| | | | **Seamless Funding LLC** | ☑ D<br>❑ E/F<br>❑ G |
| 2.3 | _____ | Street<br><br>City   State   ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | _____ | Street<br><br>City   State   ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | _____ | Street<br><br>City   State   ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | _____ | Street<br><br>City   State   ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |

Fill in this information to identify the case:

Debtor name _____ **The Barbeque Exchange, L.L.C.** _____

United States Bankruptcy Court for the:

_____ **Western District of Virginia** _____

Case number (if known): _____ **26-60291** _____

❏ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❏ *Schedule H: Codebtors* (Official Form 206H)

❏ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❏ *Amended Schedule* _____

❏ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❏ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**03/24/2026**__          **X** __/s/ Craig A. Hartman, Sr._____
          MM/ DD/ YYYY                    Signature of individual signing on behalf of debtor

                              __Craig A. Hartman, Sr._____
                              Printed name

                              __**Member**_____
                              Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name          **The Barbeque Exchange, L.L.C.**

United States Bankruptcy Court for the:

**Western District of Virginia**

Case number (if known): _____ **26-60291** _____  Chapter __**11**__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

**Part 1:**  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................................................  **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................................  **$313,535.99**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................................  **$313,535.99**

**Part 2:**  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................  **$879,955.67**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................  **$71,575.40**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................  **+**  **$417,968.10**

4. **Total liabilities**...................................................................................................................................................  **$1,369,499.17**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name          **The Barbeque Exchange, L.L.C.**

United States Bankruptcy Court for the:

**Western District of Virginia**

Case number (if known):          **26-60291**

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$431,600.00** |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | **$4,184,280.00** |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | **$4,573,232.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY     DOM/ DD/ YYYY | _____ | _____ |

Debtor   **The Barbeque Exchange, L.L.C.**                               Case number *(if known)*          **26-60291**
        Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Acme Funding Corp** <br> Creditor's name <br> **649 Morgan Avenue** <br> Street <br><br> **Brooklyn, NY 11222** <br> City          State     ZIP Code | **1/9/2026** | **$12,000.00** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ☑ Other **Loan Fee** |
| 3.2.  **QFS Capital LLC** <br> Creditor's name <br> **16192 Coastal Highway** <br> Street <br><br> **Lewes, DE 19958** <br> City          State     ZIP Code | **12/16/2025** <br> **12/23/2025** <br> **12/30/2025** <br> **1/6/2025** <br> **1/13/2026** <br> **1/20/2026** <br> **2/4/2026** | **$58,493.69** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ☑   **purported sales based** <br> Other **financing** |
| 3.3.  **Fox Funding** <br> Creditor's name <br> **803 S 21st Avenue** <br> Street <br> **Attn: Bankruptcy** <br> **Hollywood, FL 33020** <br> City          State     ZIP Code | **12/11/2025** <br> **12/15/2025** <br> **12/18/2025** <br> **12/22/2025** <br> **12/26/2025** <br> **12/29/2025** <br> **1/2/2026** <br> **1/5/2026** <br> **1/8/2026** <br> **1/12/2026** <br> **1/15/2026** <br> **1/20/2026** <br> **1/22/2026** | **$81,211.00** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ☑   **purported sales based** <br> Other **financing** |

Debtor   **The Barbeque Exchange, L.L.C.**                                Case number *(if known)*          **26-60291**
         Name

|  |  |  |  |
|---|---|---|---|
|  | 1/26/2026 |  |  |
| 3.4. **Seamless Funding LLC**<br>Creditor's name | 1/12/2026 | $18,988.00 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| **2329 Nostrand Ave**<br>Street | 1/13/2026 |  | ☐ Suppliers or vendors |
|  | 1/14/2026 |  | ☐ Services<br>☑ **purported sales based** |
| **Brooklyn, NY 11210**<br>City      State      ZIP Code | 1/15/2026 |  | Other **financing** |
|  | 1/16/2026 |  |  |
|  | 1/20/2026 |  |  |
|  | 1/21/2026 |  |  |
|  | 1/22/2026 |  |  |
|  | 1/23/2026 |  |  |
|  | 1/26/2026 |  |  |
|  | 1/29/2026 |  |  |
|  | 1/30/2026 |  |  |
|  | 2/2/2026 |  |  |
|  | 3/5/2026 |  |  |
| 3.5. **Kash Advance, LLC**<br>Creditor's name | 1/9/2026 | $31,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| **323 Sunny Isles Blvd Ste 503**<br>Street | 1/12/2026 |  | ☐ Suppliers or vendors |
|  | 1/13/2026 |  | ☐ Services<br>☑ **purported sales based** |
| **North Miami Beach, FL 33160**<br>City      State      ZIP Code | 1/14/2026 |  | Other **financing** |
|  | 1/15/2026 |  |  |
|  | 1/16/2026 |  |  |
|  | 1/20/2026 |  |  |
|  | 1/21/2026 |  |  |
|  | 1/22/2026 |  |  |
|  | 1/23/2026 |  |  |
|  | 1/26/2026 |  |  |
|  | 1/30/2026 |  |  |
|  | 2/2/2026 |  |  |
|  | 2/10/2026 |  |  |
|  | 2/11/2026 |  |  |
|  | 2/12/2026 |  |  |

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **3**

Debtor **The Barbeque Exchange, L.L.C.** Case number *(if known)* **26-60291**
Name

| 3.6. | **Windgate Capital** | **12/12/2025** | **$34,572.00** | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **40 Wall St** | **12/19/2025** | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | **12/26/2025** | | ☑ Other **purported sales based financing** |
| | **New York, NY 10005** | **1/2/2026** | | |
| | City State ZIP Code | **1/9/2026** | | |
| | | **1/16/2026** | | |
| | | **1/23/2026** | | |
| | | **2/2/2026** | | |
| | | **2/4/2026** | | |

| 3.7. | **VA Department of Taxation** | **12/24/2025** | **$54,747.24** | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **PO Box 2156** | **12/24/2025** | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | **Bankruptcy Unit** | **1/16/2026** | | ☑ Other **Virginia Sales Tax** |
| | **Richmond, VA 23218-2156** | **1/16/2026** | | |
| | City State ZIP Code | **2/23/2026** | | |
| | | **2/23/2026** | | |

| 3.8. | **Central Virginia Accounting and Payroll** | **12/10/2025** | **$13,200.00** | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | **12/17/2025** | | ☐ Unsecured loan repayments |
| | **146 Byrd Street** | | | ☐ Suppliers or vendors |
| | Street | **12/24/2025** | | ☑ Services |
| | | **1/8/2026** | | ☐ Other _____ |
| | **Orange, VA 22960** | **1/15/2026** | | |
| | City State ZIP Code | **1/22/2026** | | |
| | | **2/12/2026** | | |
| | | **2/19/2026** | | |
| | | **2/26/2026** | | |
| | | **3/5/2026** | | |

| 3.9. | **Anthem Blue Cross Blue Shield** | **12/30/2025** | **$9,900.00** | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **2015 Staples Mill Road** | | | ☐ Suppliers or vendors |
| | Street | | | ☑ Services |
| | | | | ☐ Other _____ |
| | **Richmond, VA 23230** | | | |
| | City State ZIP Code | | | |

Debtor   **The Barbeque Exchange, L.L.C.**                                    Case number *(if known)*      **26-60291**
         Name

| 3.10. | **Performance Food Group** | **12/12/2025** | **$92,079.19** | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **12500 W Creek Pkwy** | **12/18/2025** | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | **12/19/2025** | | ☐ Other _____ |
| | **Henrico, VA 23238** | **12/26/2025** | | |
| | City          State    ZIP Code | | | |
| | | **1/2/2026** | | |
| | | **1/8/2026** | | |
| | | **1/9/2026** | | |
| | | **1/15/2026** | | |
| | | **1/16/2026** | | |
| | | **1/22/2026** | | |
| | | **1/23/2026** | | |
| | | **1/29/2026** | | |
| | | **1/30/2026** | | |
| | | **2/19/2026** | | |
| | | **2/20/2026** | | |
| | | **2/26/2026** | | |
| | | **2/27/2026** | | |
| | | **3/5/2026** | | |
| | | **3/6/2026** | | |
| 3.11. | **Cavalier Produce** | **12/11/2025** | **$17,202.10** | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **170 Ferncliff Dr** | **12/18/2025** | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | **Attn: Anne Marie** | **12/26/2025** | | ☐ Other _____ |
| | **Louisa, VA 23093** | **1/2/2026** | | |
| | City          State    ZIP Code | | | |
| | | **1/8/2026** | | |
| | | **1/15/2026** | | |
| | | **1/22/2026** | | |
| | | **2/20/2026** | | |
| | | **2/26/2026** | | |

Official Form 207                 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                 page **5**

Debtor    **The Barbeque Exchange, L.L.C.**                              Case number *(if known)*        **26-60291**
          Name

3.12.   **Sysco Foods**                    **12/12/2025**        **$28,976.55**        ❑ Secured debt
        Creditor's name                                                              ❑ Unsecured loan repayments
        **5081 S. Valley Pike**            **12/19/2025**                             ☑ Suppliers or vendors
        Street                                                                       ❑ Services
                                           **12/26/2025**                            ❑ Other _____

        **Harrisonburg, VA 22801**        **1/2/2026**
        City            State    ZIP Code
                                           **1/9/2026**

                                           **1/16/2026**

                                           **1/23/2026**

                                           **2/2/2026**

3.13.   **Stripe, Inc.**                   **12/10/2025**        **$15,556.03**        ☑ Secured debt
        Creditor's name                                                              ❑ Unsecured loan repayments
        **354 Oyster Point Blvd**          **12/11/2025**                             ❑ Suppliers or vendors
        Street                                                                       ❑ Services
                                           **12/12/2025**                            ❑ Other _____

        **South San Francisco, CA 94080-1912**   **12/14/2025**
        City            State    ZIP Code
                                           **12/16/2025**

                                           **12/17/2025**

                                           **12/18/2025**

                                           **12/19/2025**

                                           **12/20/2025**

                                           **12/21/2025**

                                           **12/28/2025**

                                           **12/29/2025**

                                           **1/7/2026**

                                           **1/9/2026**

                                           **1/10/2026**

                                           **1/13/2026**

                                           **1/14/2026**

                                           **1/20/2026**

                                           **1/21/2026**

                                           **1/28/2026**

                                           **1/29/2026**

                                           **1/30/2026**

                                           **2/1/2026**

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **6**

Debtor   **The Barbeque Exchange, L.L.C.**          Case number *(if known)* **26-60291**
Name

**2/4/2026**

**2/10/2026**

**2/12/2026**

**2/13/2026**

**2/18/2026**

**2/19/2026**

**2/20/2026**

**2/23/2026**

**2/24/2026**

**3/2/2026**

**3/6/2026**

**3/9/2026**

**3/10/2026**

3.14. **Acme Paper**                     **12/18/2025**          **$9,357.62**      ☐ Secured debt
Creditor's name                                                                   ☐ Unsecured loan repayments
**8229 Sandy Court**                     **12/23/2025**                            ☑ Suppliers or vendors
Street                                                                            ☐ Services
                                         **1/1/2026**                             ☐ Other _____

**Savage, MD 20763**                     **1/22/2026**
City          State   ZIP Code
                                         **2/19/2026**

                                         **2/26/2026**

                                         **3/5/2026**

3.15. **OnDeck Capital, Inc.**           **12/12/2025**          **$14,544.01**     ☑ Secured debt
Creditor's name                                                                   ☐ Unsecured loan repayments
**4700 W Daybreak Pkwy 200**             **12/19/2025**                            ☐ Suppliers or vendors
Street                                                                            ☐ Services
                                         **12/29/2025**                           ☐ Other _____

**South Jordan, UT 84009**               **1/5/2026**
City          State   ZIP Code
                                         **1/9/2026**

                                         **1/16/2026**

                                         **1/23/2026**

                                         **1/30/2026**

                                         **2/6/2026**

                                         **2/13/2026**

                                         **2/20/2026**

Debtor **The Barbeque Exchange, L.L.C.**      Case number *(if known)*    **26-60291**

Name

| | | | |
|---|---|---|---|
| | **2/27/2026** | | |
| | **3/6/2026** | | |
| 3.16. **Town of Gordonsville** | **1/20/2026** | **$14,269.93** | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| **112 S Main St** | **2/19/2026** | | ☐ Suppliers or vendors |
| Street | | | ☐ Services |
| **Attn: Sara Horton, Treasurer** | | | ☑ Other **Meals Tax** |
| **Gordonsville, VA 22942** | | | |
| City     State    ZIP Code | | | |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Hartman, Donna Kline** | **Weekly** | **$180,515.00** | **Weekly rent payments of $3600 for three properties (102 Martinsburg Avenue, 403 South High Street, and 0 Grove Avenue in Gordonsville) owned by Craig and Donna Hartman** |
| Creditor's name | | | |
| **10157 Spring Dr** | | | |
| Street | | | |
| **Gordonsville, VA 22942** | | | |
| City     State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| **LLC Member** | | | |
| 4.2. **Hartman, Donna Kline** | **3/26/2025** | **$8,500.00** | **Reimbursements for insurance payment and supplies** |
| Creditor's name | | | |
| **10157 Spring Dr** | **7/21/2025** | | |
| Street | | | |
| | **10/10/2025** | | |
| **Gordonsville, VA 22942** | **11/20/2025** | | |
| City     State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| **LLC Member** | | | |
| 4.3. **Oliver Hartman** | **Weekly Payroll** | **$16,229.89** | **Wages for front-line restaurant work (weekly payroll for 1 year)** |
| Creditor's name | | | |
| **14202 Madison Run Road** | | | |
| Street | | | |
| **Gordonsville, VA 22942** | | | |
| City     State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Grandchild of LLC Members** | | | |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **8**

Debtor   **The Barbeque Exchange, L.L.C.**                              Case number *(if known)*   **26-60291**
     Name

---

---

---

---

---

---

---

---

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City        State     ZIP Code | | | |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | | | |
| Street | XXXX– __ __ __ __ | | |
| | | | |
| City        State     ZIP Code | | | |

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor    **The Barbeque Exchange, L.L.C.**                                      Case number *(if known)* _____**26-60291**_____
          Name

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Kash Advance LLC v. The Barbeque Exchange, L.L.C. d/b/a Exchange Cafe et al** | **Alleged Breach of Contract, summons dated 2-20-2026** | **Kings County New York Supreme Court** <br> Name <br><br> **360 Adams St Room 123** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> _____ | | **Brooklyn, NY 11201** <br> City          State    ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br> City          State    ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br><br> Street <br><br> City          State    ZIP Code |

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name <br><br> Street <br><br> City          State    ZIP Code <br><br> **Recipient's relationship to debtor** | | | |

---

**Part 5:**  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Official Form 207                  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                  page **10**

Debtor   **The Barbeque Exchange, L.L.C.**                                    Case number *(if known)*        **26-60291**
Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Acme Funding Corp** | **Fee for consolidation loan that was not fulfilled** | **1/9/2026** | **$12,000.00** |

Address

**649 Morgan Avenue**
Street

**Brooklyn, NY 11222**
City                    State      ZIP Code

Email or website address

Who made the payment, if not debtor?

11.2.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Cox Law Group, PLLC** | **Attorney's Fee** | **02/03/2026** | **$500.00** |
| | **Attorney's Fees ($11,500) & Filing Fee ($1,763)** | **03/10/2026** | **$13,263.00** |

Address

**900 Lakeside Dr**
Street

**Lynchburg, VA 24501-2602**
City                    State      ZIP Code

Email or website address

Who made the payment, if not debtor?

**The Barbeque Exchange, LLC**

Debtor   **The Barbeque Exchange, L.L.C.**                                    Case number *(if known)* _____**26-60291**_____
                Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | **Name of trust or device** | **Describe any property transferred** | **Dates transfers were made** | **Total amount or value** |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❏ None

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | **Richmond Ford Lincoln** | **2017 Ford E-Series Cutaway VIN 1FDWE3F62HDC74423** | **02/27/2026** | **$17,000.00** |
| | **Address** | | | |
| | **4600 W Broad St** | | | |
| | Street | | | |
| | **Richmond, VA 23230** | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

| 13.2. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | **Richmond Ford Lincoln** | **2016 Ford E-Series Cutaway VIN: 1FDXE4FS8GDC54909** | **02/27/2026** | **$21,000.00** |
| | **Address** | | | |
| | **4600 W Broad St** | | | |
| | Street | | | |
| | | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

Debtor   **The Barbeque Exchange, L.L.C.**                            Case number *(if known)*          **26-60291**
        Name

| Part 7: | Previous Locations |
|---|---|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____

Street                                          From  _____   To  _____

_____

_____
City            State    ZIP Code

| Part 8: | Health Care Bankruptcies |
|---|---|

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City        State    ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes.  State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor **The Barbeque Exchange, L.L.C.**       Case number *(if known)*     **26-60291**
Name

❏ Yes. Does the debtor serve as plan administrator?

     ❏ No. Go to Part 10.

     ❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ |

     Has the plan been terminated?

     ❏ No

     ❏ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❏ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Blue Ridge Bank** <br> Name <br> **104 S Main Street** <br> Street <br> **Gordonsville, VA 22942** <br> City   State  ZIP Code | XXXX– **4** **5** **8** **5** | ❏ Checking <br> ☑ Savings <br> ❏ Money market <br> ❏ Brokerage <br> ❏ Other | **2/27/2026** | **($5.82)** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 <br> Name <br> Street <br> City   State  ZIP Code | <br><br> Address | | ❏ No <br> ❏ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

❏ None

Debtor **The Barbeque Exchange, L.L.C.**  Case number *(if known)* **26-60291**
Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

**The Storage Mall**
Name

**405 S Main St**
Street

Address

**Gordonsville, VA 22942**
City          State     ZIP Code

Description of the contents: Holiday decor, office furniture, building supplies, hot boxes, ovens, etc.

Does debtor still have it?
❏ No
☑ Yes

---

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

Name

Street

City          State     ZIP Code

---

### Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

❏ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ❏ Pending |
| **Case number** | | | ❏ On appeal |
| | Street | | ❏ Concluded |
| | City          State     ZIP Code | | |

---

Debtor   **The Barbeque Exchange, L.L.C.**                                    Case number *(if known)*         **26-60291**

Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❏ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City                    State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

❏ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City                    State     ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | |
| Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | | **Dates business existed** |
| Street | | |
| | | From _____   To _____ |
| City          State     ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❏ None

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **16**

Debtor    **The Barbeque Exchange, L.L.C.**                        Case number *(if known)* _____**26-60291**_____
Name

| Name and address | Dates of service |
|---|---|
| 26a.1. **Central Virginia Accounting and Payroll**<br>Name<br>**146 Byrd Street**<br>Street<br><br>**Orange, VA 22960**<br>City                State        ZIP Code | From _____  To _____ |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **DB Accounting and Brokerage, LLC**<br>Name<br>**3200 Peoples Dr**<br>Street<br><br>**Harrisonburg, VA 22801**<br>City                State        ZIP Code | From _____  To _____ |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br><br>Name<br><br>Street<br><br><br>City                State        ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Blue Ridge Bank**<br>Name<br>**104 S Main St**<br>Street<br><br>**Gordonsville, VA 22942**<br>City                State        ZIP Code |

Debtor  **The Barbeque Exchange, L.L.C.**                                    Case number *(if known)*     **26-60291**
     Name

| **Name and address** |
|---|

26d.2.  **Shore United Bank**
     Name

**18 E. Dover Street**
Street

**Easton, MD 21601**
City                                State            ZIP Code

| **Name and address** |
|---|

26d.3.  **Immense Funding**
     Name

**122 East 42nd Street 4th Floor**
Street

**New York, NY 10168**
City                                State            ZIP Code

| **Name and address** |
|---|

26d.4.  **Trophy Point Investments**
     Name

**305 Trilith Pkwy Ste 300 #1619**
Street

**Fayetteville, GA 30214**
City                                State            ZIP Code

| **Name and address** |
|---|

26d.5.  **Tiger Lily Capital**
     Name

**200 Garnett Street Suite 5**
Street

**Charlottesville, VA 22902**
City                                State            ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
|  |  |  |

| **Name and address of the person who has possession of inventory records** |
|---|

27.1.

Name

Street

City                                State            ZIP Code

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **18**

Debtor   **The Barbeque Exchange, L.L.C.**                           Case number *(if known)*        **26-60291**
         Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hartman Sr, Craig Arnold** | **10157 Spring Dr Gordonsville, VA 22942** | **Managing Member, Shareholder** | **49.00%** |
| **Hartman, Donna Kline** | **10157 Spring Dr Gordonsville, VA 22942** | **Member, Shareholder** | **51.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  | , | From _____  To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Hartman Sr, Craig Arnold** <br> Name <br> **10157 Spring Dr** <br> Street <br><br> **Gordonsville, VA 22942** <br> City    State    ZIP Code | **$1,500.00** <br> **$1,500.00** <br> **$1,500.00** <br> **$2,500.00** | **5/7/2025** <br> **6/2/2025** <br> **6/12/2025** <br> **6/24/2025** | **Wages for working catering events** |

**Relationship to debtor**

**LLC Member**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Hartman, Donna Kline** <br> Name <br> **10157 Spring Dr** <br> Street <br><br> **Gordonsville, VA 22942** <br> City    State    ZIP Code | **$180,515.00** | **Weekly** | **Weekly rent payments of $3600 for three properties (102 Martinsburg Avenue, 403 South High Street, and 0 Grove Avenue in Gordonsville) owned by Craig and Donna Hartman** |

**Relationship to debtor**

**LLC Member**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                          page **19**

Debtor   **The Barbeque Exchange, L.L.C.**                                          Case number *(if known)*          **26-60291**
         Name

❏ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN:  _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❏ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN:  _ _ – _ _ _ _ _ _ _ |

---

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03/24/2026**
              MM/  DD/  YYYY

**X** **/s/ Craig A. Hartman, Sr.**          Printed name          **Craig A. Hartman, Sr.**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor          **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

❏ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

## Western District of Virginia

**In re**   The Barbeque Exchange, L.L.C.

Case No. _____ **26-60291** _____

**Debtor**

Chapter _____ **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................... Hourly Billing

Prior to the filing of this statement I have received ................................................... **$13,263.00**

Balance Due .......................................................................................................Billed hourly & subject to Court approval

2.   The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

<div style="border: 1px solid black; padding: 20px;">

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **03/24/2026** | **/s/ David Cox** |
|---|---|
| *Date* | David Cox |
| | *Signature of Attorney* |

<div align="right">
Bar Number: 38670<br>
Cox Law Group<br>
900 Lakeside Drive<br>
Lynchburg, VA 24501<br>
Phone: (800) 254-2760<br>
Fax: (434) 845-0727
</div>

**Cox Law Group**

*Name of law firm*

</div>

**Exhibit A**
**Schedule A/B Part 7: Office Furniture, Fixtures, and Equipment (#41)**

| Master Equipment Inventory BBQ LLC 2026 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Items | Count | Price | Total | Items | Count | Price | Total |
| **Machinery and Equip** | | | | **Machinery and Equip** | | | |
| Cooker | 1 | $2,000.00 | $2,000.00 | Garage Shelving | 12 | $15.00 | $180.00 |
| Cooker MC 1 | 1 | $500.00 | $500.00 | Garage Gas Heater | 1 | $500.00 | $500.00 |
| Cooker MC2 | 1 | $500.00 | $500.00 | Garage Cabinets | 1 | $15.00 | $15.00 |
| Cooker PIT | 1 | $500.00 | $500.00 | Garage Sinks | 3 | $10.00 | $30.00 |
| Cooker Grill | 1 | $100.00 | $100.00 | Garage Dish Machine | 1 | $150.00 | $150.00 |
| Cooker Argentine | 1 | $200.00 | $200.00 | Garage Griddles | 3 | $50.00 | $150.00 |
| Cooker Spit Rotis 1 | 1 | $200.00 | $200.00 | Garage Tables | 2 | $50.00 | $100.00 |
| Cooker Spit Rotis 2 | 1 | $200.00 | $200.00 | Garage 2 door refrigerator | 2 | $400.00 | $800.00 |
| Cooker tow | 1 | $300.00 | $300.00 | Garage Liquor Cage | 2 | $200.00 | $400.00 |
| BBQ Pit Acessories | 1 | $100.00 | $100.00 | Garage security system | 1 | 100 | $100.00 |
| BBQ Pit Tables | 3 | $150.00 | $450.00 | Garage Rolling Racks | 3 | $50.00 | $150.00 |
| BBQ Pit Dunnage Rack | 2 | $30.00 | $60.00 | Garage Hand Trucks | 2 | $25.00 | $50.00 |
| BBQ Pit Pergola | 1 | $500.00 | $500.00 | Garage Hot water heater | 1 | $200.00 | $200.00 |
| BBQ Pit Lighting | 1 | $15.00 | $15.00 | Shed Fryers | 3 | $250.00 | $750.00 |
| BBQ Pit Tilt Skillet | 1 | $200.00 | $200.00 | Shed Gas Acc | 3 | $5.00 | $15.00 |
| BBQ Pit Food Warmers | 13 | $300.00 | $3,900.00 | Shed snow plow | 1 | $2,500.00 | $2,500.00 |
| BBQ Pit CVAP Oven | 2 | $300.00 | $600.00 | Shed Pressure Washer | 1 | $250.00 | $250.00 |
| BBQ Pit Walkin | 1 | $500.00 | $500.00 | **Shed Generator** | 1 | $250.00 | $250.00 |
| BBQ PIT Storage | 2 | $20.00 | $40.00 | Shed Heater | 1 | $250.00 | $250.00 |
| BBQ Pit Fire Extinquisher | 6 | $15.00 | $90.00 | Shed Misc | 1 | $500.00 | $500.00 |
| BBQ Pit Shelving | 6 | $15.00 | $90.00 | Shed Shelving | 8 | $50.00 | $400.00 |
| BBQ Pit Rolling Racks | 3 | $30.00 | $90.00 | Shed Christmas | 1 | $500.00 | $500.00 |
| Employee Table | 1 | $25.00 | $25.00 | Shed Holiday | 1 | $200.00 | $200.00 |
| BBQ 6 ft Freezer Table | 1 | $3,000.00 | $3,000.00 | Shed Tools | 1 | $400.00 | $400.00 |
| BBQ CVAP Warmer | 1 | $3,000.00 | $3,000.00 | Shed Cooker | 1 | $400.00 | $400.00 |
| BBQ Shelving | 12 | $30.00 | $360.00 | Storage Combi Oven | 1 | $500.00 | $500.00 |
| BBQ Hood | 1 | $250.00 | $250.00 | Storage Food warmers | 3 | $250.00 | $750.00 |
| **BBQ Fire Suppresion** | 1 | $250.00 | $250.00 | Café Bev Station | 1 | $500.00 | $500.00 |
| BBQ Double Conv Oven | 1 | $500.00 | $500.00 | **Café Espresso Machine** | 1 | $2,500.00 | $2,500.00 |
| BBQ 48 in range | 1 | $450.00 | $450.00 | Café Espresso Table | 1 | $500.00 | $500.00 |
| BBQ Deep fryers | 2 | $250.00 | $500.00 | Café Grinders | 2 | $250.00 | $500.00 |
| BBQ Gas Fittings | 1 | $100.00 | $100.00 | Café Tea Coffee Machine | 1 | $500.00 | $500.00 |
| BBQ Walk In | 1 | $250.00 | $250.00 | **Café Ice Machine** | 1 | $1,500.00 | $1,500.00 |
| BBQ Rollin racks | 4 | $30.00 | $120.00 | Café 4 ft Stainless Table | 1 | $50.00 | $50.00 |
| BBQ Oven Proofer | 1 | $1,000.00 | $1,000.00 | Café 24 inch Stanless table | 1 | $50.00 | $50.00 |
| BBQ Large Vac Sealer | 1 | $2,500.00 | $2,500.00 | Café 48 inc low boys | 2 | $300.00 | $600.00 |
| BBQ Microwave | 1 | $50.00 | $50.00 | Café Stainless Cabinets | 4 | $200.00 | $800.00 |
| BBQ Veg Sink | 1 | $50.00 | $50.00 | Café Sandwich tables | 2 | $300.00 | $600.00 |
| BBQ Stainless Tables | 5 | $50.00 | $250.00 | Café Shelving | 7 | $50.00 | $350.00 |
| 3 BBQ Hand sinks 2 | 2 | $15.00 | $30.00 | Café pizza oven | 1 | $250.00 | $250.00 |
| BBQ single Refrig | 1 | $450.00 | $450.00 | Café 36 " Range | 1 | $500.00 | $500.00 |
| BBQ Double Refrig | 1 | $900.00 | $900.00 | **Café deep fryer** | 1 | $250.00 | $250.00 |
| BBQ Walk I Freezer | 1 | $400.00 | $400.00 | Café 48 inch Griddle | 1 | $800.00 | $800.00 |
| BBQ 3 bay sink | 1 | $100.00 | $100.00 | Café under griddle refrig | 1 | $1,250.00 | $1,250.00 |
| **BBQ Front Line** | 1 | $200.00 | $200.00 | Café Wood Grill | 1 | $1,500.00 | $1,500.00 |
| BBQ Sneeze Guards | 5 | $100.00 | $500.00 | Café Hood | 1 | $500.00 | $500.00 |
| BBQ Low Boy refrig | 2 | $300.00 | $600.00 | Café Stand up refer | 1 | $500.00 | $500.00 |
| BBQ Dough Pree | 1 | $250.00 | $250.00 | Café Hand sinks | 2 | $15.00 | $30.00 |

| Item | Qty | Unit | Total | Item | Qty | Unit | Total |
|---|---|---|---|---|---|---|---|
| BBQ 30 Qt mixer BBQ | 1 | $750.00 | $750.00 | Café Veg sink | 1 | $100.00 | $100.00 |
| BBQ Toast POS | 1 | $450.00 | $450.00 | Café Tables | 18 | $40.00 | $720.00 |
| BBQ  Beverage refrigerator | 2 | $100.00 | $200.00 | Café Chairs | 38 | $10.00 | $380.00 |
| BBQ Security System | 1 | $250.00 | $250.00 | Café Outdoor Tables sm | 5 | $75.00 | $375.00 |
| BBQ Sound System | 1 | $200.00 | $200.00 | Café Outdoor tables lg | 12 | $150.00 | $1,800.00 |
| BBQ Ceiling Fans | 10 | $20.00 | $200.00 | Café Sound Ststem | 1 | $500.00 | $500.00 |
| BBQ Phone System | 1 | $150.00 | $150.00 | Café TVS | 3 | $100.00 | $300.00 |
| BBQ Tables sm | 17 | $50.00 | $850.00 | Café POS System | 1 | $250.00 | $250.00 |
| BBQ Tables LG | 2 | $100.00 | $200.00 | Café Internet and tele | 1 | $100.00 | $100.00 |
| BBQ Tables outdoor | 9 | $50.00 | $450.00 | Café Storeroom Sink | 1 | $15.00 | $15.00 |
| **BBQ Bev Station** | 2 | $250.00 | $500.00 | Café SR Water Heater | 1 | $200.00 | $200.00 |
| BBQ Coffee Machine | 1 | $250.00 | $250.00 | Café SR Shelves | 8 | $30.00 | $240.00 |
| BBQ Ice Machine | 1 | $500.00 | $500.00 | Café Office Cage | 1 | $200.00 | $200.00 |
| BBQ Riding Machine | 1 | $500.00 | $500.00 | Café Desk | 1 | $25.00 | $25.00 |
| BBQ Art | | | $0.00 | Café Office Shelves | 1 | $25.00 | $25.00 |
| **BBQ Collectibles** | | | $0.00 | Café  Safes | 2 | $50.00 | $100.00 |
| BBQ Office Desks | 2 | $25.00 | $50.00 | CafeBathroom Mirrors | 2 | $20.00 | $40.00 |
| BBQ Office Chairs | 2 | $10.00 | $20.00 | Café Bathroom Shelves | 2 | $10.00 | $20.00 |
| BBQ Filing Cabinets | 4 | $15.00 | $60.00 | Café Employee Area | 1 | $50.00 | $50.00 |
| BBQ Office Shelving | 3 | $15.00 | $45.00 | **Catering Kitchen Tables** | 5 | $50.00 | $250.00 |
| **BBQ Coffee Grinders** | 1 | $250.00 | $250.00 | Catering Kitchen Slicer | 1 | $150.00 | $150.00 |
| BBQ Pastry Case | 1 | $25.00 | $25.00 | CK Stainless Tables | 0 | $5.00 | $0.00 |
| BBQ HoT Wells | 2 | $50.00 | $100.00 | CK Hand Sinks | 1 | $15.00 | $15.00 |
| BBQ front line shelving | 2 | $25.00 | $50.00 | CK Veg Sink | 1 | $15.00 | $15.00 |
| BBQ Kitchaid Mixer | 1 | $75.00 | $75.00 | CK 3 Bay Sink | 1 | $500.00 | $500.00 |
| BBQ Vitaprep Mixer | 1 | $150.00 | $150.00 | CK Walkin | 1 | $2,000.00 | $2,000.00 |
| BBQ Grease Trap | 1 | $15.00 | $15.00 | **CK 30 qt Mixer** | 1 | $1,000.00 | $1,000.00 |
| BBQ Heat Lamp | 1 | $25.00 | $25.00 | CK Blixer | 1 | $2,500.00 | $2,500.00 |
| BBQ Small NUVU Oven | 1 | $100.00 | $100.00 | Catering Kitchen VAC seale | 1 | $500.00 | $500.00 |
| **bbq Safe** | 1 | $50.00 | $50.00 | CK Robot Coupe | 1 | $250.00 | $250.00 |
| BBQ Televisions | 2 | $50.00 | $100.00 | **CK Vita Prep** | 1 | $100.00 | $100.00 |
| BBQ Tankless Water Heate | 1 | $100.00 | $100.00 | CK Kitchen Shelving | 3 | $15.00 | $45.00 |
| BBQ Mini Splt AC | 2 | $100.00 | $200.00 | CK Rollin Racks | 6 | $50.00 | $300.00 |
| BBQ Door Fans | 2 | $50.00 | $100.00 | CK Dunnage Racks | 3 | $50.00 | $150.00 |
| BBQ Trash Cabinets | 2 | $25.00 | $50.00 | CK Roling Carts | 0 | $3.00 | $0.00 |
| Studio Desk | 4 | $50.00 | $200.00 | CK Ice Machine | 1 | $1,500.00 | $1,500.00 |
| Studio Shelving | 4 | $25.00 | $100.00 | CK Hot Water Heater | 1 | $250.00 | $250.00 |
| Studio Office Chairs | 4 | $15.00 | $60.00 | CK Hood System | 1 | $500.00 | $500.00 |
| Studio Mop Sink | 1 | $25.00 | $25.00 | **POS Machines** | | | |
| Studio Grease trap | 1 | $10.00 | $10.00 | CK Kitchenaid Mixer | 1 | $50.00 | $50.00 |
| Studio 3 bay sink | 1 | $200.00 | $200.00 | CK walk in Shelving | 7 | $50.00 | $350.00 |
| Studio TV | 1 | $50.00 | $50.00 | Café Heat Lamps | 4 | $25.00 | $100.00 |
| **Studio filing cabinets** | 8 | $10.00 | $80.00 | Café Hot Box | 1 | $250.00 | $250.00 |
| Studio Bathroom Cabinet | 2 | $10.00 | $20.00 | Café Fryer heater | 1 | $250.00 | $250.00 |
| Bathroom Mirrors | 3 | $5.00 | $15.00 | Café Hot well | 1 | $50.00 | $50.00 |
| Stainless Trash recepticles | 5 | $5.00 | $25.00 | CK Grease trap | 1 | $10.00 | $10.00 |
| | **COLUMN SUBTOTAL** | | **$35,020.00** | Café Grease Trap | 1 | $10.00 | $10.00 |
| | | | | CK Microwave Oven | 1 | $50.00 | $50.00 |
| | | | | Café Mop sinks | | $1.00 | $25.00 |
| | | | | **COLUMN SUBTOTAL** | | | **$41,130.00** |
| | | | | **TOTAL** | | | **$76,150.00** |

**Exhibit B**
**Schedule A/B Part 7: Office Furniture, Fixtures, and Equipment (#41)**

| Master Equipment Inventory BBQ LLC 2026 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Items | Count | Price | Total | Items | Count | Price | Total |
| **Cast Iron** | | | | **Coffee Items** | | | |
| Large Pots/Lids | 24 | $30.00 | $720.00 | sugar caddies | 12 | $2.00 | $24.00 |
| Small Pots/Lids | 12 | $25.00 | $300.00 | coffee brewers | 12 | $10.00 | $120.00 |
| 10" skillet | 9 | $20.00 | $180.00 | airpots | 12 | $5.00 | $60.00 |
| 17" skillet | 2 | $35.00 | $70.00 | drip trays | 8 | $2.00 | $16.00 |
| 12" skillet | 4 | $30.00 | $120.00 | tea boxes | 6 | $5.00 | $30.00 |
| 9" skillet | 2 | $20.00 | $40.00 | cider box | 1 | $5.00 | $5.00 |
| 2-handle 10" skillet | 3 | $35.00 | $105.00 | | | | |
| mini wok | 3 | $15.00 | $45.00 | **Coolers + Cambros** | | | |
| mini handle pots | 3 | $15.00 | $45.00 | cambro dollies | 3 | $20.00 | $60.00 |
| mini round pots, long handle | 3 | $15.00 | $45.00 | metro cambros | 6 | $75.00 | $450.00 |
| big cider pots | 3 | $30.00 | $90.00 | black cambros | 8 | $50.00 | $400.00 |
| small cider pots | 2 | $30.00 | $60.00 | rolling coolers | 4 | $10.00 | $40.00 |
| large grates | 14 | $25.00 | $350.00 | blue coolers | 6 | $10.00 | $60.00 |
| small grates | 5 | $15.00 | $75.00 | white (ice) coolers | 12 | $10.00 | $120.00 |
| oval minis | 3 | $10.00 | $30.00 | small blue coolers (bev) | 4 | $10.00 | $40.00 |
| mini round saute | 6 | $10.00 | $60.00 | small red coolers (bev) | 3 | $10.00 | $30.00 |
| mini square saute | 3 | $10.00 | $30.00 | "wine" size coolers | 4 | $10.00 | $40.00 |
| 8" deep pots | 4 | $25.00 | $100.00 | | | | |
| 6" deep pots | 3 | $20.00 | $60.00 | **Old Coolers** | | | |
| griddles | 6 | $15.00 | $90.00 | white - good for pigs | 2 | $1.00 | $2.00 |
| casseroles | 6 | $15.00 | $90.00 | green | 2 | $1.00 | $2.00 |
| | | | | | | | |
| **Platters (Ceramic)** | | | | **Cutting Board** | | | |
| Rectangle Plates - 7" | 4 | $10.00 | $40.00 | Lg Wood | 1 | $5.00 | $5.00 |
| Rectangle Plates - 9" | 4 | $15.00 | $60.00 | Small Rect Wood | 1 | $5.00 | $5.00 |
| Rectangle Plates - 14" | 3 | $15.00 | $45.00 | Passing Rec | 5 | $5.00 | $25.00 |
| slate boards | 8 | $15.00 | $120.00 | Passing Square | 5 | $5.00 | $25.00 |
| **Kitchen Equipment** | | | | Kitche cutting boards | 24 | $50.00 | $1,200.00 |
| Mixing Bowls | 30 | $5.00 | $150.00 | | | | |
| Sous Vide* | 6 | $150.00 | $900.00 | *in various stages of warranty or repair work with PolySci* | | | |
| Lexans + Lids for Sous Vide | 24 | $10.00 | $240.00 | | | | |
| tall sterno-hot box | 1 | $100.00 | $100.00 | **Kitchen Utensils** | | | |
| big deep fryers | 4 | $250.00 | $1,000.00 | small whisk | 12 | $2.00 | $24.00 |
| tabletop fryers | 3 | $30.00 | $90.00 | large whisk | 12 | $2.00 | $24.00 |
| blue water dispensers (cracked) | 3 | $5.00 | $15.00 | 4 oz ladle | 12 | $2.00 | $24.00 |
| bus tubs | 24 | $5.00 | $120.00 | 2 oz ladle | 18 | $2.00 | $36.00 |
| bain marie | 12 | $5.00 | $60.00 | large tongs | 20 | $2.00 | $40.00 |
| 14" saute | 20 | $5.00 | $100.00 | small tongs | 16 | $2.00 | $32.00 |
| 12" saute | 10 | $5.00 | $50.00 | small spatula | 12 | $2.00 | $24.00 |
| 8" saute | 10 | $5.00 | $50.00 | fish spatula | 6 | $2.00 | $12.00 |
| 3 qt tail pots | 10 | $5.00 | $50.00 | rubber spatula | 36 | $2.00 | $72.00 |
| stock pots | 15 | $15.00 | $225.00 | metal spoons | 36 | $2.00 | $72.00 |
| 6th pans | 60 | $5.00 | $300.00 | wood spoons | 36 | $2.00 | $72.00 |
| 9th pans | 60 | $5.00 | $300.00 | small graters | 6 | $2.00 | $12.00 |
| Full size | 100 | $10.00 | $1,000.00 | peelers | 12 | $2.00 | $24.00 |

| Item | Qty | Price | Total | Item | Qty | Price | Total |
|---|---|---|---|---|---|---|---|
| Glass Jars - Square | 9 | $3.00 | $27.00 | basting brush | 6 | $2.00 | $12.00 |
| Glass Jars - Pickle Sets | 5 | $30.00 | $150.00 | thermo digital | 20 | $2.00 | $40.00 |
| Glass Jars - Small | 6 | $3.00 | $18.00 | thermo regular | 12 | $2.00 | $24.00 |
| Glass Jars - Mason Assortd | 24 | $2.00 | $48.00 | serrated knife | 8 | $2.00 | $16.00 |
| Large cookie jars | 3 | $5.00 | $15.00 | chef knife | 12 | $2.00 | $24.00 |
| smaller cookie jars | 3 | $5.00 | $15.00 | paring knife | 12 | $2.00 | $24.00 |
| Beverage, Bottles | 6 | $3.00 | $18.00 | dredgers | 8 | $2.00 | $16.00 |
| 1L Bottles, Glass | 37 | $3.00 | $111.00 | green dishers | 8 | $2.00 | $16.00 |
| 1/2 L Bottles, Glass | 18 | $3.00 | $54.00 | red dishers | 8 | $2.00 | $16.00 |
| Plastic Pourers | 4 | $3.00 | $12.00 | grey dishers | 8 | $2.00 | $16.00 |
| rubbermaid pitchers | 2 | $3.00 | $6.00 | ice cream scoops | 8 | $2.00 | $16.00 |
| metal pitchers | 2 | $5.00 | $10.00 | | | | |
| ice buckets | 12 | $5.00 | $60.00 | **Station Risers (Black)** | | | |
| Bar assec | 24 | $4.00 | $96.00 | small | 5 | $5.00 | $25.00 |
| Salad Bowls, Large | 12 | $10.00 | $120.00 | medium | 7 | $5.00 | $35.00 |
| Butter Bowls, Square, small | 14 | $10.00 | $140.00 | large | 8 | $5.00 | $40.00 |
| Slaw Bowls | 15 | $10.00 | $150.00 | wood boxes | 3 | $5.00 | $15.00 |
| Café Plates | 300 | $6.00 | $1,800.00 | | | | |
| **Serving Dishes, Ceramic** | | | | | | | |
| Slaw Bowls, assorted sizes | 10 | $10.00 | $100.00 | **Sheet Pans** | | | |
| small bowls (tasting size) | 25 | $5.00 | $125.00 | full size | 150 | $7.00 | $1,050.00 |
| large square platter | 1 | $15.00 | $15.00 | half pans | 150 | $5.00 | $750.00 |
| small square + stand | 3 | $15.00 | $45.00 | | | | |
| **Bar Ware** | | | | **Baskets** | | | |
| garnish trays | 6 | $10.00 | $60.00 | chrome | 18 | $3.00 | $54.00 |
| plastic speed pourers | 16 | $5.00 | $80.00 | round | 6 | $3.00 | $18.00 |
| ice scoops | 20 | $3.00 | $60.00 | rectangle | 15 | $3.00 | $45.00 |
| bottle openers | 20 | $2.00 | $40.00 | old café baskets | 3 | $3.00 | $9.00 |
| wine keys (double hinge) | 30 | $2.00 | $60.00 | large rectangle (handles) | 10 | $3.00 | $30.00 |
| champagne buckets | 12 | $5.00 | $60.00 | deep square plastic | 3 | $3.00 | $9.00 |
| metal trays | 12 | $5.00 | $60.00 | roung bamboo holders | 2 | $3.00 | $6.00 |
| bussing trays | 24 | $3.00 | $72.00 | | | | |
| **Serving Utensils** | | | | **Bins** | | | |
| s-hook ladles | 4 | $1.00 | $4.00 | Black + Yellow | 12 | $5.00 | $60.00 |
| gravy ladles | 10 | $1.00 | $10.00 | deep bins | 7 | $10.00 | $70.00 |
| large tongs | 44 | $1.00 | $44.00 | medium bin | 1 | $5.00 | $5.00 |
| small tongs | 20 | $1.00 | $20.00 | utensil (small) bin | 4 | $5.00 | $20.00 |
| pie servers | 12 | $1.00 | $12.00 | front line utensils | 36 | $5.00 | $180.00 |
| salmon servers | 9 | $1.00 | $9.00 | Sauce pans | 12 | $10.00 | $120.00 |
| large spoons | 38 | $1.00 | $38.00 | 1/2 pans | 24 | $10.00 | $240.00 |
| cheese knives | 44 | $1.00 | $44.00 | third pans | 24 | $12.00 | $288.00 |
| butter knives | 13 | $1.00 | $13.00 | win glasses | 36 | $12.00 | $432.00 |
| app spoons | 40 | $1.00 | $40.00 | High balls | 48 | $10.00 | $480.00 |
| app tongs | 30 | $1.00 | $30.00 | Rocks glasses | 24 | $14.00 | $336.00 |
| lighters | 12 | $1.00 | $12.00 | Champagne flutes | 48 | $14.00 | $672.00 |
| **Wood Pieces** | | | | Bourbon Glasses | 36 | $12.00 | $432.00 |
| Large wood cutting boards | 3 | $10.00 | $30.00 | Espresso cups | 18 | $10.00 | $180.00 |
| bamboo steamers | 6 | $3.00 | $18.00 | Cappucinno cups | 12 | $10.00 | $120.00 |
| large ray boards | 5 | $5.00 | $25.00 | Coffee Cups | 24 | $10.00 | $240.00 |
| small ray boards | 7 | $5.00 | $35.00 | saucers | 24 | $10.00 | $240.00 |
| assorted wood paddles/boards | 30 | $5.00 | $150.00 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| round wood plates | 4 | $5.00 | $20.00 | | | | |
| ray boxes | 12 | $5.00 | $60.00 | | | | |
| small skewer holders | 7 | $5.00 | $35.00 | | | | |
| large skwer holders | 3 | $5.00 | $15.00 | | | | |
| wood cake stand | 1 | $5.00 | $5.00 | | | | |
| wood platters | 3 | $5.00 | $15.00 | | | | |
| | | | | | | TOTAL | $21,679.00 |
| | | | | | | | |