**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

In re:

|  |  |
|---|---|
| The Barbeque Exchange, L.L.C. | Case No. 26-60291-RBC |
|  | Chapter 11 |
| Debtor |  |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned hereby appears in this chapter 11 bankruptcy proceeding, as Counsel for

Jaclyn Renee Grieger, dba Salt and Pine Hospitality, a creditor, and requests that John P. Goetz,

of John Goetz Law, PLC, be placed upon the mailing list of those creditors, parties in interest, and

counsel who receive all notices in this proceeding.

Respectfully submitted,

 /s/ John P. Goetz
John P. Goetz, VSB # 78514
John Goetz Law, PLC
86 W. Shirley Avenue
Warrenton, VA 20186
T: (540) 359-6605
F: (540) 359-6610
john@johngoetzlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2026, I have provided a copy of the foregoing
Notice of Appearance and Request for Notices, via the CM/ECF system or by first-class, postage
paid mail, to Richard C. Maxwell, Trustee, H. David Cox, Counsel for the Debtor, and all creditors
and parties in interest who have requested notices.

/s/ John P. Goetz
John P. Goetz, VSB #78514